1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  KIMBERLY C. EPSTEIN (169012)
   SYLVIA SUM (207511)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5       –and–
   WILLIAM S. LERACH (68581)
6  401 B Street, Suite 1600
   San Diego, CA  92101
7  Telephone: 619/231-1058
   619/231-7423 (fax)
8
   Lead Counsel for Plaintiffs
9

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Ware]*

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  In re UTSTARCOM, INC. SECURITIES  )  Master File No. C-04-4908-JW(PVT)
    LITIGATION                        )
                                      )  CLASS ACTION
14  ─────────────────────────────────  )
                                      )
15  This Document Relates To:         )  STIPULATION TO EXTEND THE FILING
                                      )  OF THE CONSOLIDATED COMPLAINT
    ALL ACTIONS.                      )  BY TWO DAYS TO JUNE 30, 2005
16                                    )
    ─────────────────────────────────

1  WHEREAS, on March 15, 2005, this Court entered an Order appointing as lead plaintiff Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust and Erwin DeBruycker (collectively, the "Operating Engineers Group") ("Lead Plaintiff") and approving Lead Plaintiff's selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel;

WHEREAS, currently, the deadline to file a consolidated complaint is set for June 28, 2005; and

WHEREAS, the parties have met and conferred and have agreed, subject to the approval of the Court, to extend the time for filing the consolidated complaint by two days to June 30, 2005 to accommodate client health considerations and allow adequate time for client involvement in the amendment process;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 7-12, that:

1. Lead Plaintiff shall file the consolidated complaint on or before June 30, 2005;

2. Defendants shall file their response to the consolidated complaint on or before August 15, 2005;

3. Should defendants file a motion to dismiss, Lead Plaintiff shall file its opposition thereto on or before September 30, 2005, and

4. Defendants shall file any reply in support of their motion to dismiss on or before October 31, 2005.

DATED: June 28, 2005                        LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                            KIMBERLY C. EPSTEIN
                                            SYLVIA SUM


                                            /S/
                                            KIMBERLY C. EPSTEIN

                                            100 Pine Street, Suite 2600
                                            San Francisco, CA  94111
                                            Telephone:  415/288-4545
                                            415/288-4534 (fax)

- 2 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER |
|   | RUDMAN & ROBBINS LLP |
|   | WILLIAM S. LERACH |
| 3 | 401 B Street, Suite 1600 |
|   | San Diego, CA  92101 |
| 4 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |
| 5 | |
|   | Lead Counsel for Plaintiffs |
| 6 | |
|   | DATED: 6/27/05 |
| 7 | SHEARMAN & STERLING LLP |
|   | JEFFREY S. FACTER |
|   | STEPHEN D. HIBBARD |
| 8 | BRUCE B. KELSON |

_____
BRUCE B. KELSON

525 Market Street, 15th Floor
San Francisco, CA  94105
Telephone: 415/616-1100
415/616-1199 (fax)

Attorneys for Defendants

\*     \*     \*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 7/27/05

/s/ James Ware
_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

T:\casesSF\uTStarcom\STP00022285.doc

STIPULATION TO EXTEND THE FILING OF THE CONSOLIDATED COMPLAINT TO JUNE 28, 2005 - C-04-4908-JW(PVT)                                                    - 2 -

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on June 28, 2005, declarant served the **STIPULATION TO EXTEND THE FILING OF THE CONSOLIDATED COMPLAINT BY TWO DAYS TO JUNE 30, 2005** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of June, 2005, at San Francisco, California.

/S/
DEBORAH R. DASH

UTSTARCOM 04 (CA) (LEAD)

Service List - 6/28/2005    (04-0558C)

Page 1 of 1

**Counsel For Defendant(s)**

Jeffrey S. Facter
Stephen D. Hibbard
Bruce B. Kelson
Shearman & Sterling LLP
525 Market Street, 15th Floor
San Francisco, CA  94105
   415/616-1100
   415/616-1199(Fax)

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Kimberly C. Epstein<br>Sylvia  Sum<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>   415/288-4545<br>   415/288-4534(Fax) | William S. Lerach<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA  92101-4297<br>   619/231-1058<br>   619/231-7423(Fax) |