1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  KIMBERLY C. EPSTEIN (169012)
   SYLVIA SUM (207511)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5          – and –
   WILLIAM S. LERACH (68581)
6  DARREN J. ROBBINS (168593)
   401 B Street, Suite 1600
7  San Diego, CA  92101
   Telephone:  619/231-1058
8  619/231-7423 (fax)

9  Lead Counsel for Plaintiffs

10

                  UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12

13  In re UTSTARCOM, INC. SECURITIES        )  Master File No. C-04-4908-JW(PVT)
    LITIGATION                              )
14                                          )  CLASS ACTION
   ──────────────────────────────────────  )
15  This Document Relates To:               )  STIPULATION TO ALLOW PLAINTIFFS
                                            )  TO FILE AN AMENDED CONSOLIDATED
16        ALL ACTIONS.                       )  COMPLAINT
   ──────────────────────────────────────  )
17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, on June 30, 2005, lead plaintiff Locals 302 and 612 of the International Union

2  of Operating Engineers-Employers Construction Industry Retirement Trust and Erwin DeBruycker

3  ("plaintiffs") filed their Consolidated Complaint for Violation of the Federal Securities Laws;

4    WHEREAS, on July 1, 2005, plaintiffs filed a [Corrected] Consolidated Complaint for

5  Violation of the Federal Securities Laws;

6    WHEREAS, plaintiffs believe that subsequent investigation has revealed additional facts that

7  plaintiffs seek to present to the Court;

8    WHEREAS, Fed. R. Civ. P. 15(a) allows a party to amend its pleading by written consent of

9  the adverse party;

10    WHEREAS, the parties have met and conferred on the matter, and defendants consent to

11  plaintiffs' filing an Amended Consolidated Complaint;

12    NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 7-12, that:

13    1.    Plaintiffs shall file an Amended Consolidated Complaint for Violation of the Federal

14  Securities Laws on July 26, 2005;

15    2.    Defendants shall file their response to the amended consolidated complaint on or

16  before October 10, 2005;

17    3.    Should defendants file a motion to dismiss, plaintiffs shall file their opposition thereto

18  on or before November 23, 2005;

19    4.    Defendants shall file any reply in support of their motion to dismiss on or before

20  December 22, 2005;

21    5.    The hearing on defendants' motion to dismiss shall be set for Monday, January 9,

22  2006 at 9:00 a.m.; and

23

24

25

26

27

28

STIPULATION TO ALLOW LEAD PLAINTIFF TO FILE AN AMENDED CONSOLIDATED
COMPLAINT - C-04-4908-JW(PVT)                                                    - 1 -

6.    The Case Management Conference currently set for August 29, 2005 shall be set for Monday, January 9, 2006, following the hearing on defendants' motion to dismiss.

DATED: July 26, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
KIMBERLY C. EPSTEIN
SYLVIA SUM

_____
KIMBERLY C. EPSTEIN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
401 B Street, Suite 1600
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DATED:  7/26/05

SHEARMAN & STERLING LLP
JEFFREY S. FACTER
BRUCE B. KELSON
JUSTIN S. CHANG

_____
BRUCE B. KELSON

525 Market Street, 15th Floor
San Francisco, CA  94105
Telephone: 415/616-1100
415/616-1199 (fax)

Attorneys for Defendants

*        *        *

STIPULATION TO ALLOW LEAD PLAINTIFF TO FILE AN AMENDED CONSOLIDATED
COMPLAINT - C-04-4908-JW(PVT)                                                    - 2 -

1

**O R D E R**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATED:   7/27/05                            /s/ James Ware

THE HONORABLE JAMES WARE
5                                                            UNITED STATES DISTRICT JUDGE

6

7      T:\casesSF\uTStarcom\S_O00023015.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO ALLOW LEAD PLAINTIFF TO FILE AN AMENDED CONSOLIDATED
COMPLAINT - C-04-4908-JW(PVT)                                                      - 3 -

1    DECLARATION OF SERVICE BY MAIL AND FACSIMILE

2    I, the undersigned, declare:

3    1.    That declarant is and was, at all times herein mentioned, a citizen of the United States

4    and employed in the City and County of San Francisco, over the age of 18 years, and not a party to

5    or interested party in the within action; that declarant's business address is 100 Pine Street,

6    Suite 2600, San Francisco, California 94111.

7    2.    That on July 26, 2005, declarant served the **STIPULATION TO ALLOW**

8    **PLAINTIFFS TO FILE AN AMENDED CONSOLIDATED COMPLAINT** by depositing a true

9    copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with

10   postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

11   Declarant also served the parties by facsimile.

12   3.    That there is a regular communication by mail between the place of mailing and the

13   places so addressed.

14   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th

15   day of July, 2005, at San Francisco, California.

16

17   _____
     /S/
     DEBORAH R. DASH

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO ALLOW LEAD PLAINTIFF TO FILE AN AMENDED CONSOLIDATED
COMPLAINT - C-04-4908-JW(PVT)                                                   - 4 -

UTSTARCOM 04 (CA) (LEAD)

Service List - 7/1/2005    (04-0558C)

Page 1 of  1

**Counsel For Defendant(s)**

Jeffrey S. Facter
Stephen D. Hibbard
Bruce B. Kelson
Shearman & Sterling LLP
525 Market Street, 15th Floor
San Francisco, CA  94105
   415/616-1100
   415/616-1199(Fax)

**Counsel For Plaintiff(s)**

Kimberly C. Epstein
Sylvia  Sum
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534(Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423(Fax)