```
 1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  KIMBERLY C. EPSTEIN (169012)
    SYLVIA SUM (207511)
 3  100 Pine Street, Suite 2600
    San Francisco, CA  94111
 4  Telephone:  415/288-4545
    415/288-4534 (fax)
 5       – and –
    WILLIAM S. LERACH (68581)
 6  DARREN J. ROBBINS (168593)
    401 B Street, Suite 1600
 7  San Diego, CA  92101
    Telephone:  619/231-1058
 8  619/231-7423 (fax)

 9  Lead Counsel for Plaintiffs
```

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | ) Master File No. C-04-4908-JW(PVT) <br> ) <br> ) CLASS ACTION <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) STIPULATION REGARDING BRIEFING <br> ) SCHEDULE (SOFTBANK Holdings Inc. and <br> ) SOFTBANK America Inc.) <br> ) |

1     WHEREAS, on July 26, 2005, lead plaintiffs Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust and Erwin DeBruycker ("plaintiffs") filed their First Amended Consolidated Complaint for Violation of the Federal Securities Laws ("Amended Complaint");

    WHEREAS, defendants SOFTBANK Holdings Inc. and SOFTBANK America Inc. ("defendants") have been duly served;

    WHEREAS, defendants' answer is due on August 17, 2005;

    WHEREAS, the parties have met and conferred and have agreed, subject to the approval of the Court, to a briefing schedule for defendants' response to the Amended Complaint; and

    WHEREAS, on July 27, 2005, this Court approved a stipulation between plaintiffs and the UTStarcom defendants setting forth the same briefing schedule;

    NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 7-12, that:

1.     Defendants shall file their response to the Amended Complaint on or before October 10, 2005;

2.     Should defendants file a motion to dismiss, plaintiffs shall file their opposition thereto on or before November 23, 2005;

3.     Defendants shall file any reply in support of its motion to dismiss on or before December 22, 2005; and

4.     The hearing on defendants' motion to dismiss shall be set for Monday, January 9, 2006, at 9:00 a.m.

DATED: August 18, 2005    LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
    KIMBERLY C. EPSTEIN
    SYLVIA SUM

    /S/
    SYLVIA SUM

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

STIPULATION REGARDING BRIEFING SCHEDULE (SOFTBANK Holdings Inc. and SOFTBANK America Inc.) – C-04-4908-JW(PVT)      - 1 -

|   |   |   |
|---|---|---|
| | | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>DARREN J. ROBBINS<br>401 B Street, Suite 1600<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |

DATED:  August ___, 2005  SULLIVAN & CROMWELL LLP
            ROBERT A. SACKS

                   /S/
                ROBERT A. SACKS

            1888 Century Park East
            Los Angeles, CA  90067
            Telephone: 310/712-6600
            Fax: 310/712-8800

            Attorneys for Defendant SOFTBANK Holdings
            Inc. and SOFTBANK America Inc.

                *  *  *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  8/22/05       /s/ James Ware
               THE HONORABLE JAMES A. WARE
               UNITED STATES DISTRICT JUDGE

T:\CasesSF\UTStarcom\S_O00023481.doc

STIPULATION REGARDING BRIEFING SCHEDULE (SOFTBANK Holdings Inc.
and SOFTBANK America Inc.) – C-04-4908-JW(PVT)          - 2 -

| | |
|---|---|
| 1 | DECLARATION OF SERVICE BY MAIL AND FACSIMILE |
| 2 | I, the undersigned, declare: |
| 3 | 1. That declarant is and was, at all times herein mentioned, a citizen of the United States |
| 4 | and employed in the City and County of San Francisco, over the age of 18 years, and not a party to |
| 5 | or interested party in the within action; that declarant's business address is 100 Pine Street, |
| 6 | Suite 2600, San Francisco, California 94111. |
| 7 | 2. That on August 18, 2005, declarant served the **STIPULATION REGARDING** |
| 8 | **BRIEFING SCHEDULE (SOFTBANK HOLDINGS INC. AND SOFTBANK AMERICA** |
| 9 | **INC.)** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a |
| 10 | sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached |
| 11 | Service List. Declarant also served the parties by facsimile. |
| 12 | 3. That there is a regular communication by mail between the place of mailing and the |
| 13 | places so addressed. |
| 14 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th |
| 15 | day of August, 2005, at San Francisco, California. |

/S/
JERRY COHEN

UTSTARCOM 04 (CA) (LEAD)
Service List - 8/18/2005   (04-0558C)
Page 1 of 1

**Counsel For Defendant(s)**

Gregory A. Markel
Ronit Setton
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
  212/504-6000
  212/504-6666(Fax)

Robert A. Sacks
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
  310/712-6600
  310/712-8800(Fax)

Boris Feldman
Terry T. Johnson
Bahram Seyedin-Noor
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
  650/493-9300
  650/493-6811(Fax)

Rachael E. Meny
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94111
  415/391-5400
  415/397-7188 (Fax)

**Counsel For Plaintiff(s)**

Kimberly C. Epstein
Sylvia Sum
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534(Fax)

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
  619/231-1058
  619/231-7423(Fax)