| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
| |   RUDMAN & ROBBINS LLP |
| 2 | KIMBERLY C. EPSTEIN (169012) |
| | SYLVIA SUM (207511) |
| 3 | 100 Pine Street, Suite 2600 |
| | San Francisco, CA  94111 |
| 4 | Telephone:  415/288-4545 |
| | 415/288-4534 (fax) |
| 5 |      – and – |
| | WILLIAM S. LERACH (68581) |
| 6 | DARREN J. ROBBINS (168593) |
| | 401 B Street, Suite 1600 |
| 7 | San Diego, CA  92101 |
| | Telephone:  619/231-1058 |
| 8 | 619/231-7423 (fax) |
| 9 | Lead Counsel for Plaintiffs |

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | )  Master File No. C-04-4908-JW(PVT) |
| | ) |
| | )  <u>CLASS ACTION</u> |
| This Document Relates To: | ) |
| | )  STIPULATION REGARDING BRIEFING |
| ALL ACTIONS. | )  SCHEDULE (BANC OF AMERICA |
| | )  SECURITIES LLC) |
| | ) |

1  WHEREAS, on July 26, 2005, lead plaintiffs Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust and Erwin DeBruycker ("plaintiffs") filed their First Amended Consolidated Complaint for Violation of the Federal Securities Laws ("Amended Complaint");

WHEREAS, defendant Banc of America Securities LLC ("defendant") has been duly served;

WHEREAS, defendant's answer is due on August 17, 2005;

WHEREAS, the parties have met and conferred and have agreed, subject to the approval of the Court, to a briefing schedule for defendant's response to the Amended Complaint; and

WHEREAS, on July 27, 2005, this Court approved a stipulation between plaintiffs and the UTStarcom defendants setting forth the same briefing schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 7-12, that:

1.  Defendant shall file its response to the Amended Complaint on or before October 10, 2005;

2.  Should defendant file a motion to dismiss, plaintiffs shall file their opposition thereto on or before November 23, 2005;

3.  Defendant shall file any reply in support of its motion to dismiss on or before December 22, 2005; and

4.  The hearing on defendant's motion to dismiss shall be set for Monday, January 9, 2006, at 9:00 a.m.

DATED: August 17, 2005

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
KIMBERLY C. EPSTEIN
SYLVIA SUM

_____
SYLVIA SUM

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

STIPULATION REGARDING BRIEFING SCHEDULE (BANC OF AMERICA SECURITIES LLC) - C-04-4908-JW(PVT)

- 1 -

|   |   |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 3 | WILLIAM S. LERACH |
|   | DARREN J. ROBBINS |
| 4 | 401 B Street, Suite 1600 |
|   | San Diego, CA  92101 |
| 5 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |

Lead Counsel for Plaintiffs

DATED: August 17, 2005

KEKER & VAN NEST LLP
RACHAEL E. MENY

*/s/ Rachael E. Meny*

RACHAEL E. MENY

710 Sansome Street
San Francisco, CA  94111
Telephone: 415/319-5400
415/397-7188 (fax)

CADWALADER WICKERSHAM & TAFT LLP
GREGORY A. MARKEL
RONIT SETTON
One World Financial Center
New York, NY  10281
Telephone: 212/504-6000
212/504-6666 (fax)

Attorneys for Defendant Banc of America Securities LLC

\*   \*   \*

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/22/05      /s/ James Ware
THE HONORABLE JAMES A. WARE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\UTStarcom\S_O00023315.doc

STIPULATION REGARDING BRIEFING SCHEDULE (BANC OF AMERICA SECURITIES LLC) - C-04-4908-JW(PVT)

- 2 -

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on August 17, 2005, declarant served the **STIPULATION REGARDING BRIEFING SCHEDULE (BANC OF AMERICA SECURITIES LLC)** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of August, 2005, at San Francisco, California.

_____
JERRY COHEN

UTSTARCOM 04 (CA) (LEAD)
Service List - 8/16/2005   (04-0558C)
Page 1 of 1

**Counsel For Defendant(s)**

| | |
|---|---|
| Gregory A. Markel<br>Ronit Setton<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>  212/504-6000<br>  212/504-6666(Fax) | Robert A. Sacks<br>Sullivan & Cromwell LLP<br>1888 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>  310/712-6600<br>  310/712-8800(Fax) |
| Boris Feldman<br>Terry T. Johnson<br>Bahram Seyedin-Noor<br>Wilson Sonsini Goodrich & Rosati, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>  650/493-9300<br>  650/493-6811(Fax) | Rachael E. Meny<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>  415/391-5400<br>  415/397-7188 (Fax) |

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Kimberly C. Epstein<br>Sylvia Sum<br>Lerach Coughlin Stoia Geller Rudman &<br>Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111-5238<br>  415/288-4545<br>  415/288-4534(Fax) | William S. Lerach<br>Darren J. Robbins<br>Lerach Coughlin Stoia Geller Rudman &<br>Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA 92101-4297<br>  619/231-1058<br>  619/231-7423(Fax) |