1  TERRY T. JOHNSON, State Bar No. 121569
   BORIS FELDMAN, State Bar No. 128838
2  CHERYL W. FOUNG, State Bar No. 108868
   OLGA TKACHENKO, State Bar No. 228645
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Defendants
7  UTSTARCOM, INC., HONG LIANG LU,
   MICHAEL J. SOPHIE, HOWARD KWOCK
8  GERALD S. SOLOWAY, SHAO-NING J. CHOU,
   WILLIAM H. HUANG, YING WU, AND
9  THOMAS J. TOY

10

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14

15  IN RE UTSTARCOM, INC.              )   Master File No. C-04-4908-JW(PVT)
    SECURITIES LITIGATION              )
16                                     )   **JOINT STIPULATION AND
                                       )   [PROPOSED] ORDER EXPANDING
17  This Document Relates To:          )   PAGE LIMITS FOR UTSTARCOM
                                       )   DEFENDANTS' MOTION TO
18  ALL ACTIONS.                       )   DISMISS FIRST AMENDED
                                       )   CONSOLIDATED COMPLAINT,
19                                     )   PLAINTIFFS' OPPOSITION BRIEF,
                                       )   AND DEFENDANTS' REPLY BRIEF**
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23                                     )
                                       )
24

25

26

27

28

JOINT STIP. AND [PROPOSED] ORDER EXPANDING                    PALIB1_2736366_1 (4).DOC
PAGE LIMITS FOR DEFS.' MOTION TO DISMISS
COMPL, PLTFS.' OPP. BRIEF, AND DEFS.' REPLY
BRIEF; CASE NO. C-04-4908-JW(PVT)

WHEREAS, on July 26, 2005, Plaintiffs filed a two hundred and fifty-eight paragraph First Amended Consolidated Complaint for Violation of the Federal Securities Laws consisting of 210 pages and asserting a class period of nineteen months;

WHEREAS, Civil L.R. 7-2(b) provides for a twenty-five (25) page limit on the motion and supporting memorandum to dismiss the First Amended Consolidated Complaint ("Motion to Dismiss") by Defendants UTStarcom, Inc., Hong Liang Lu, Michael J. Sophie, Howard Kwock, Gerald S. Soloway, Shao-Ning J. Chou, William H. Huang, Ying Wu, and Thomas Toy (collectively, "Defendants"), scheduled to be filed on October 10, 2005;

WHEREAS, Civil L.R. 7-3(a) provides for a twenty-five (25) page limit on Plaintiffs' Opposition to Defendants' Motion to Dismiss Brief;

WHEREAS, Civil L.R. 7-3(c) provides for a fifteen (15) page limit on Defendants' Reply Brief;

WHEREAS, the parties believe that given the number of allegations raised by the Plaintiffs' complaint, and Defendants' desire and intent to address the allegations in a comprehensive and thorough fashion, it is appropriate to allow Defendants and Plaintiffs additional pages beyond the amount provided by the L.R. 7-2 and 7-3;

WHEREAS, Defendants believe that they need no more than thirty-six (36) pages for their Motion to Dismiss;

WHEREAS, Plaintiffs believe they need no more than forty-one (41) pages for their Opposition to Defendants' Motion to Dismiss Brief; and

WHEREAS, Defendants believe that they need no more than eighteen (18) pages for their Reply Brief;

THEREFORE, the parties hereby STIPULATE and AGREE as follows:

1. Defendants' Motion to Dismiss and Reply Brief will not exceed thirty-six (36) and eighteen (18) pages, respectively, exclusive of the caption page, the table of contents, table of authorities, declarations, and exhibits.

2. Plaintiffs' Opposition to Defendant's Motion to Dismiss Brief will not exceed forty-one (41) pages, exclusive of the caption page, the table of contents, table of authorities, declarations, and exhibits.

IT IS SO STIPULATED.

Dated: October 6, 2005               WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By:   /s/ Cheryl Foung
                                              Cheryl Foung


                                     Attorneys for Defendants
                                     UTSTARCOM, INC., HONG LIANG LU,
                                     MICHAEL J. SOPHIE, HOWARD KWOCK
                                     GERALD S. SOLOWAY, SHAO-NING J. CHOU,
                                     WILLIAM H. HUANG, YING WU, AND
                                     THOMAS J. TOY


Dated: October 6, 2005               LERACH COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP


                                     By:   /s/ Kimberly Epstein
                                              Kimberly Epstein

                                     Attorneys for Plaintiffs


**ORDER**

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.


Dated:  Oct. 07, 2005                _____
                                     The Honorable James Ware
                                     United States District Court Judge

# ATTESTATION

I, Terry T. Johnson, am the ECF User whose identification and password are being used to file this Stipulation to Expand Page Limits and [Proposed] Order. I hereby attest that Cheryl W. Foung and Kimberly C. Epstein concur in this filing.

Dated:  October 6, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ TERRY T. JOHNSON
      TERRY T. JOHNSON

Attorneys for Defendants UTStarcom Inc., Hong Liang Lu, Michael J. Sophie, Howard Kwock, Gerald S. Soloway, Shao-Ning J. Chou, William H. Huang, Ying Wu, and Thomas Toy