LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
KIMBERLY EPSTEIN (169012)
SHIRLEY H. HUANG (206854)
SYLVIA SUM (207511)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
KimCor@lerachlaw.com
SylviaS@lerachlaw.com
    – and –
TAMARA J. DRISCOLL
1700 Seventh Avenue, Suite 2260
Seattle, WA 98101
Telephone: 206/749-5544
206/749-9978 (fax)
Tdriscoll@lerachlaw.com

Lead Counsel for Plaintiffs

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | Master File No. C-04-4908-JW(PVT) |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER VACATING JANUARY 9, 2006 CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

WHEREAS, on October 26, 2005, the Court issued an Order Granting Lead Plaintiff's *Ex Parte* Application to Stay Briefing on Motions to Dismiss ("October 26, 2005 Order");

WHEREAS, pursuant to the October 26, 2005 Order, the Court vacated the briefing schedule and stayed all briefing on the superseded First Amended Complaint, but did not vacate the case management conference, currently scheduled for January 9, 2006;

WHEREAS, pursuant to the October 26, 2005 Order, plaintiffs filed a Motion for Leave to File the Second Amended Complaint ("Motion for Leave") with attached thereto plaintiffs' [Proposed] Second Amended Consolidated Complaint for Violation of the Federal Securities Laws on November 23, 2005;

WHEREAS, plaintiffs' Motion for Leave is currently scheduled for a hearing on February 13, 2006;

WHEREAS, the parties have met and conferred on these scheduling matters, and believe that a case management conference at this stage of the case would be premature because of the pending Motion for Leave;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L. R. 16-2(e), Civil L. R. 7-12 and subject to the Court's approval, that:

The Case Management Conference, scheduled for January 9, 2006, is vacated. The Court shall set a case management conference after a ruling on the Motion for Leave has been issued, or as it deems appropriate.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: 12/28/05

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

STIP & [PROPOSED] ORDER VACATING JAN 9, 2006 CMC - C-04-4908-JW(PVT)

- 1 -

| | | |
|---|---|---|
| 1 | DATED: December 22. 2005 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | KIMBERLY EPSTEIN |
| | | SHIRLEY H. HUANG |
| 3 | | SYLVIA SUM |

/S/
SHIRLEY H. HUANG

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL
1700 Seventh Avenue, Suite 2260
Seattle, WA 98101
Telephone: 206/749-5544
206/749-9978 (fax)

Lead Counsel for Plaintiffs

I, Shirley H. Huang, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Vacating January 9, 2006 Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Ronit Setton have concurred in this filing.

DATED: December 22, 2005        CADWALADER, WICKERSHAH & TAFT LLP
GREGORY A. MARKEL
RONIT SETTON


/S/
RONIT SETTON

One World Financial Center
New York, NY 10281
Telephone: 212/504-6000
212/504-6666 (fax)

I, Shirley H. Huang, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Vacating January 9, 2006 Case Management Conference. In

STIP & [PROPOSED] ORDER VACATING JAN 9, 2006 CMC - C-04-4908-JW(PVT)

- 2 -

compliance with General Order 45, X.B., I hereby attest that Robert A. Sacks have concurred in this filing.

DATED: December 22, 2005   SULLIVAN & CROMWELL LLP
ROBERT A. SACKS

/S/
ROBERT A. SACKS

1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/712-6000
312/712-8800 (fax)

I, Shirley H. Huang, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Vacating January 9, 2006 Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Terry T. Johnson have concurred in this filing.

DATED: December 22, 2005   WILSON SONSINI GOODRICH & ROSATI, P.C.
BORIS FELDMAN
TERRY T. JOHNSON
BAHRAM SEYEDIN-NOOR

/S/
TERRY T. JOHNSON

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
650/493-6811 (fax)

T:\CasesSF\UTStarcom\STP00026944.doc

STIP & [PROPOSED] ORDER VACATING JAN 9, 2006 CMC - C-04-4908-JW(PVT)

- 3 -

|   |   |
|---|---|
| 1 | DECLARATION OF SERVICE BY FACSIMILE |
| 2 | I, the undersigned, declare: |
| 3 | 1. That declarant is and was, at all times herein mentioned, a citizen of the United States |
| 4 | and employed in the City and County of San Francisco, over the age of 18 years, and not a party to |
| 5 | or interested party in the within action; that declarant's business address is 100 Pine Street, |
| 6 | Suite 2600, San Francisco, California 94111. |
| 7 | 2. That on December 22, 2005, declarant served by facsimile the **STIPULATION AND** |
| 8 | **[PROPOSED] ORDER VACATING JANUARY 9, 2006 CASE MANAGEMENT** |
| 9 | **CONFERENCE** to the parties listed on the attached Service List. |
| 10 | 3. That there is a regular communication by facsimile between the place of origin and |
| 11 | the places so addressed. |
| 12 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd |
| 13 | day of December, 2005, at San Francisco, California. |

/S/
CAROLINE A. WILEY

UTSTARCOM 04 (CA) (LEAD)
Service List - 12/22/2005 (04-0558C)
Page 1 of 1

### Counsel For Defendant(s)

Gregory A. Markel
Ronit Setton
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
  212/504-6000
  212/504-6666 (Fax)

Amie D. Rooney
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303-3308
  650/461-5600
  650/461-5700 (Fax)

Robert A. Sacks
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
  310/712-6600
  310/712-8800 (Fax)

Boris Feldman
Terry T. Johnson
Bahram Seyedin-Noor
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
  650/493-9300
  650/493-6811 (Fax)

### Counsel For Plaintiff(s)

Kimberly C. Epstein
Shirley H. Huang
Sylvia Sum
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423 (Fax)