```
GREGORY A. MARKEL - admitted pro hac vice
RONIT SETTON - admitted pro hac vice
AMANDA KOSOWSKY - # 214282
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6130
Facsimile: (212) 504-6666

and

MORGAN, LEWIS & BOCKIUS LLP
MICHAEL J. LAWSON - # 66547
One Market Street, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Banc of America
   Securities LLC
```

*IT IS SO ORDERED*
*[signature] Judge James Ware*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. C-04-4908 –JW(PVT)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT BANC OF AMERICA SECURITIES LLC'S SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE OF MORGAN LEWIS & BOCKIUS LLP<br><br>Judge: Hon. James Ware<br>Date Comp. Filed: 11/17/2004<br>Trial Date: None set |

366813.01

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT BAS' SUBSTITUTION OF
COUNSEL AND NOTICE OF APPEARANCE OF MORGAN LEWIS & BOCKIUS LLP
CASE NO. C-04-4908

WHEREAS, defendant Banc of America Securities LLC ("BAS") has agreed that Rachael E. Meny and Keker & Van Nest LLP can withdraw as its counsel in this matter;

WHEREAS, BAS has now retained Michael Lawson and Morgan Lewis & Bockius LLP to act as its counsel in this matter, in place of Rachael E. Meny and Keker & Van Nest LLP;

WHEREAS, pursuant to the Northern District's Civil Local Rule 11-5(b), Michael Lawson and Morgan Lewis & Bockius LLP are providing a Notice of Appearance in this matter within this Stipulation; and

WHEREAS, pursuant to the Northern District's Civil Local Rule 11-5(a), all parties have been provided written notice of Rachael Meny's and Keker & Van Nest LLP's planned withdrawal and Michael Lawson's and Morgan Lewis & Bockius LLP's planned substitution (a copy of which is attached as Exhibit A), and none have indicated any objection to this withdrawal and substitution; and

WHEREAS, Gregory A. Markel, Ronit Setton, and Amanda Kosowsky of Cadwalader, Wickersham & Taft LLP continue to act as counsel for BAS in this matter.

NOW, THEREFORE, It is hereby STIPULATED AND AGREED, by and between the undersigned that:

(1) Rachael E. Meny and Keker & Van Nest, L.L.P., 710 Sansome Street, San Francisco, California 94111-1704, telephone number (415) 391-5400 may withdraw as counsel for BAS in this matter;

(2) Michael J. Lawson and Morgan Lewis & Bockius LLP, One Market Street, Spear Street Tower, San Francisco, California, 94105, telephone number (415) 442-1000 may substitute in as counsel for BAS in this matter; and

(3) Michael J. Lawson of Morgan Lewis & Bockius LLP, One Market Street, Spear Street Tower, San Francisco, California, 94105, telephone number (415) 442-1000, facsimile

1

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT BAS' SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE OF MORGAN LEWIS & BOCKIUS LLP
CASE NO. C-04-4908

366813.01

| | |
|---|---|
| 1 | number (415) 442-1001, and email michael.lawson@morganlewis.com, hereby appears in this |
| 2 | action as counsel on behalf of defendant Banc of America Securities LLC. |

Dated: FEBRUARY 9, 2006                MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Vincent Paul Finigan Jr.
VINCENT PAUL FINIGAN, JR.

Dated:                                  KEKER & VAN NEST, LLP

By: _____
RACHAEL E. MENY

IT IS SO ORDERED.

Dated: February 13, 2006

/s/ James Ware
Honorable James Ware
UNITED STATES DISTRICT COURT JUDGE

---

2
STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT BAS' SUBSTITUTION OF
COUNSEL AND NOTICE OF APPEARANCE OF MORGAN LEWIS & BOCKIUS LLP
CASE NO. C-04-4908

366813.01

1  number (415) 442-1001, and email michael.lawson@morganlewis.com, hereby appears in this
2  action as counsel on behalf of defendant Banc of America Securities LLC.

4  Dated:                         MORGAN, LEWIS & BOCKIUS LLP

                                  By: _____
                                         VINCENT PAUL FINIGAN, JR.

Dated: February 10, 2006           KEKER & VAN NEST, LLP

                                  By: /s/ Rachael E. Meny
                                         RACHAEL E. MENY

IT IS SO ORDERED.

Dated: February ___, 2006

                                         _____
                                         Honorable James Ware
                                         UNITED STATES DISTRICT COURT JUDGE

2
STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT BAS' SUBSTITUTION OF
COUNSEL AND NOTICE OF APPEARANCE OF MORGAN LEWIS & BOCKIUS LLP
CASE NO. C-04-4908

366813.01