IT IS SO ORDERED

*Judge James Ware*

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
KIMBERLY EPSTEIN (169012)
CHRISTOPHER P. SEEFER (201197)
SHIRLEY H. HUANG (206854)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
kepstein@lerachlaw.com
cseefer@lerachlaw.com
shuang@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION  ) ) ) | Master File No. C-04-4908-JW(PVT) <br> CLASS ACTION |
| This Document Relates To: ) ) ) | STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE |
| ALL ACTIONS. ) ) | |

Whereas, on March 1, 2006, the Court issued an Order Granting Plaintiffs' Motion for Leave to File Second Amended Complaint that required Plaintiffs to file the Second Amended Complaint by April 3, 2006;

Whereas, the parties have met and conferred and agreed to a schedule for the filing of the Second Amended Complaint and for the briefing on defendants' motions to dismiss the Second Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to the Court's approval, that:

1. Lead Plaintiff shall file the Second Amended Complaint no later than April 13, 2006;

2. Defendants shall file their motions to dismiss the Second Amended Complaint no later than June 2, 2006;

3. Lead Plaintiff shall file their oppositions to the defendants' motions to dismiss the Second Amended Complaint no later than July 21, 2006;

4. Defendants shall file their reply briefs no later than August 18, 2006; and

5. The hearing on defendants' motions to dismiss the Second Amended Complaint shall be on September 11, 2006 at 9:00 a.m.

DATED: March 16, 2006              LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                   KIMBERLY EPSTEIN
                                   CHRISTOPHER P. SEEFER
                                   SHIRLEY H. HUANG


                                              /s/
                                   CHRISTOPHER P. SEEFER

                                   100 Pine Street, Suite 2600
                                   San Francisco, CA  94111
                                   Telephone:  415/288-4545
                                   415/288-4534 (fax)

                                   Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE –
C-04-4908-JW(PVT)                                                                                         - 1 -

| | | |
|---|---|---|
| 1 | DATED:  March 16, 2006 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 2 | | BORIS FELDMAN |
| | | TERRY T. JOHNSON |
| 3 | | BAHRAM SEYEDIN-NOOR |

                                        /s/
                                  BORIS FELDMAN

                            650 Page Mill Road
                            Palo Alto, CA  94304-1050
                            Telephone:  650/493-9300
                            650/493-6811 (fax)

                            Attorneys for UTStarcom, Inc. and the
                            Individual Defendants

DATED:  March 16, 2006            CADWALADER, WICKERSHAH & TAFT LLP
                                  GREGORY A. MARKEL
                                  RONIT SETTON
                                  AMANDA KOSOWSKY


                                        /s/
                                  AMANDA KOSOWSKY

                            One World Financial Center
                            New York, NY 10281
                            Telephone:  212/504-6000
                            212/504-6666 (fax)

                            MORGAN LEWIS BOCKIUS LLP
                            MICHAEL J. LAWSON
                            One Market Street, Spear Tower
                            San Francisco, CA  94105
                            Telephone: 415/442-1000
                            415/442-1001 (fax)

                            Attorneys for Defendant Banc of America
                            Securities LLC

DATED:  March 16, 2006            SULLIVAN & CROMWELL LLP
                                  ROBERT A. SACKS



                                        /s/
                                  ROBERT A. SACKS

                            1888 Century Park East, Suite 2100
                            Los Angeles, CA  90067

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE –
C-04-4908-JW(PVT)                                                                                          - 2 -

Telephone: 310/712-6000
312/712-8800 (fax)

Attorneys for Defendant Softbank

I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Boris Feldman, Amanda Kosowsky and Robert A. Sacks have concurred in this filing.

/s/
CHRISTOPHER P. SEEFER

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: March 17, 2006

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\UTStarcom\STP00029033.doc

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE –
C-04-4908-JW(PVT)                                                                                          - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document on paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
CHRISTOPHER P. SEEFER

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ChristopherS@lerachlaw.com

# Mailing Information for a Case 5:04-cv-04908-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **STEPHANIE L. DIERINGER, ESQ**
  sldieringer@hulettharper.com office@hulettharper.com

- **Kimberly C. Epstein**
  kimcor@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;mariam@lerachlaw.com

- **Boris Feldman**
  boris.feldman@wsgr.com ncarvalho@wsgr.com;bhickman@wsgr.com

- **Vincent P. Finigan, Jr**
  vfinigan@morganlewis.com

- **Cheryl W. Foung**
  cfoung@wsgr.com bhickman@wsgr.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Shirley H. Huang**
  shirleyh@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Terry T. Johnson**
  tjohnson@wsgr.com
  fgallardo@wsgr.com;mevenson@wsgr.com;cfoung@wsgr.com;calendar@wsgr.com

- **Michael John Lawson**
  michael.lawson@morganlewis.com rluke@morganlewis.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Elizabeth P. Lin**
  elin@milbergweiss.com crosete@milbergweiss.com

- **Gregory A Markel**
  gregory.markel@cwt.com

- **Rachele R. Rickert**
  rickert@whafh.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Amie Danielle Rooney**
  rooneya@sullcrom.com

- **Robert A. Sacks**
  sacksr@sullcrom.com

- **Christopher Paul Seefer**
  chriss@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;KiyokoF@lerachlaw.com

- **Bahram Seyedin-Noor**
  bnoor@wsgr.com rlustan@wsgr.com

- **Sylvia Sum**
  sylvias@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Olga A. Tkachenko**
  otkachenko@wsgr.com aerickson@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Paul T. Curley
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016

Philip H. Gordon
Gordon Law Offices
623 West Hays
Boise, ID 83702-5512

Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017
```

**Dale MacDiarmid**
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

**Ronit Sutton's**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281