**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION<br><br>This Order relates to ALL ACTIONS. | NO. C 04-04908 JW<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO REPUBLISH CLASS NOTICE AND REAPPOINT LEAD PLAINTIFF** |

The hearing on Defendant's Motion for Order to Republish Class Notice and Reappoint Lead Plaintiff (Docket Item No. 125), currently scheduled for June 5, 2006, is continued to Friday, June 9, 2006 at 9:00 a.m.

Dated: May 24, 2006

04eciv4908ctd

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amie Danielle Rooney rooneya@sullcrom.com
Bahram Seyedin-Noor bnoor@wsgr.com
Boris Feldman boris.feldman@wsgr.com
Cheryl W. Foung cfoung@wsgr.com
Darren J. Robbins e_file_sd@lerachlaw.com
Elizabeth P. Lin elin@milbergweiss.com
Eric J. Belfi ebelfi@murrayfrank.com
Gregory A Markel gregory.markel@cwt.com
Kimberly C. Epstein kimcor@lerachlaw.com
Lionel Z. Glancy info@glancylaw.com
Michael M. Goldberg info@glancylaw.com
Olga A. Tkachenko otkachenko@wsgr.com
Patricia I. Avery pavery@wolfpopper.com
Patrick J. Coughlin patc@lerachlaw.com
Rachael E. Meny rem@kvn.com
Rachele R. Rickert rickert@whafh.com
Robert A. Sacks sacksr@sullcrom.com
Stephanie L. Dieringer sldieringer@hulettharper.com
Shirley H. Huang shirleyh@lerachlaw.com
Sylvia Sum sylvias@lerachlaw.com
Terry T. Johnson tjohnson@wsgr.com
William S. Lerach billl@lerachlaw.com

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

Philip H. Gordon
Gordon Law Offices
623 West Hays
Boise, ID 83702-5512

**Dated: May 24, 2006**            **Richard W. Wieking, Clerk**

                                                    **By:__/s/ JW Chambers_____**
                                                         **Melissa Peralta**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California