| | |
|---|---|
| 1 | TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com) |
| 2 | BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com) |
|   | CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com) |
| 3 | BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com) |
|   | BRYAN KETROSER, State Bar No 239105 (bketroser@wsgr.com) |
| 4 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 5 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 6 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 7 | tjohnson@wsgr.com |

Attorneys for Defendants
UTSTARCOM, INC., HONG LIANG LU,
MICHAEL J. SOPHIE, HOWARD KWOCK
GERALD S. SOLOWAY, SHAO-NING J. CHOU,
WILLIAM H. HUANG, YING WU, AND
THOMAS J. TOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE UTSTARCOM, INC. SECURITIES LITIGATION | Master File No. C-04-4908-JW(PVT) |
| ——————————————— | **JOINT STIPULATION AND [PROPOSED] ORDER EXPANDING PAGE LIMITS FOR UTSTARCOM DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT, PLAINTIFFS' OPPOSITION BRIEF, AND DEFENDANTS' REPLY BRIEF** |
| This Document Relates To: | |
| ALL ACTIONS. | |

JOINT STIP. AND [PROPOSED] ORDER EXPANDING
PAGE LIMITS FOR DEFS.' MOTION TO DISMISS
COMPL, PLTFS.' OPP. BRIEF, AND DEFS.' REPLY
BRIEF; CASE NO. C-04-4908-JW(PVT)

UTSI_ Joint Stip and Proposed Order Extending Page
Limits_(PALIB1_2889282_1) (2).DOC

1       WHEREAS, on April 13, 2006, Plaintiffs filed a three hundred and seventy-eight paragraph Second Amended Consolidated Complaint for Violation of the Federal Securities Laws consisting of 150 pages and 108 pages of exhibits and asserting a class period of thirty-three months;

      WHEREAS, Civil L.R. 7-2(b) and Civil L.R. 7-3(a) and (c) provide for page limits that are not sufficient for the contemplated Motion to Dismiss and supporting memorandum that Defendants UTStarcom, Inc., Hong Liang Lu, Michael J. Sophie, Howard Kwock, Gerald S. Soloway, Shao-Ning J. Chou, William H. Huang, Ying Wu, and Thomas Toy (collectively, "Defendants") anticipate filing on June 2, 2006, and that plaintiffs anticipate opposing, in that the parties desire to address the numerous allegations in a comprehensive and thorough fashion;

      WHEREAS, this Court previously granted extensions of the page limits with the former contemplated Motion to Dismiss and Opposition and Reply, which pleadings were never filed;

      WHEREAS, Defendants believe that they need no more than 45 pages for their Motion to Dismiss and supporting memorandum;

      WHEREAS, Plaintiffs believe they need no more than 45 pages for their Opposition to Defendants' Motion to Dismiss Brief; and

      WHEREAS, Defendants believe that they need no more than 25 pages for their Reply Brief;

      THEREFORE, the parties hereby STIPULATE and AGREE as follows:

1.     Defendants' Motion to Dismiss and Reply Brief will not exceed 45 and 25 pages, respectively, exclusive of the caption page, the table of contents, table of authorities, declarations, and exhibits.

2.     Plaintiffs' Opposition to Defendant's Motion to Dismiss Brief will not exceed 45 pages, exclusive of the caption page, the table of contents, table of authorities, declarations, and exhibits.

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: May 31, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 4 | | By: ___/s/ Cheryl Foung_____<br>Cheryl Foung |
| 6 | | |
| 7 | | Attorneys for Defendants<br>UTSTARCOM, INC., HONG LIANG LU,<br>MICHAEL J. SOPHIE, HOWARD KWOCK<br>GERALD S. SOLOWAY, SHAO-NING J. CHOU,<br>WILLIAM H. HUANG, YING WU, AND<br>THOMAS J. TOY |
| 11 | Dated: May 31, 2006 | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP |
| 13 | | By: ___/s/ Kimberly Epstein_____<br>KIMBERLY EPSTEIN |
| 14 | | Attorneys for Plaintiffs |

I, Terry T. Johnson, am the ECF User whose identification and password are being used to file this Stipulation to Expand Page Limits and [Proposed] Order. I hereby attest that Cheryl W. Foung and Kimberly C. Epstein concur in this filing.

|   |   |   |
|---|---|---|
| 19 | Dated: May 31, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 21 | | By: /s/ TERRY T. JOHNSON<br>TERRY T. JOHNSON |
| 22 | | Attorneys for Defendants UTStarcom Inc., Hong Liang Lu, Michael J. Sophie, Howard Kwock, Gerald S. Soloway, Shao-Ning J. Chou, William H. Huang, Ying Wu, and Thomas Toy |

## **ORDER**

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: __JUNE 1, 2006__          /S/ JAMES WARE
                                 _____
                                 The Honorable James Ware
                                 United States District Court Judge