IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION<br><br>This Order relates to ALL ACTIONS. | NO. C 04-04908 JW<br><br>**ORDER CONTINUING HEARINGS ON UTSTARCOM DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS SOFTBANK HOLDINGS, INC. AND SOFTBANK AMERICA, INC.'S MOTION TO DISMISS** |

On the Court's own motion, the hearings on UTStarcom Defendants' Motion to Dismiss and Defendants Softbank Holdings, Inc. and Softbank America, Inc.'s Motion to Dismiss currently scheduled for September 11, 2006 are continued to **October 16, 2006 at 9:00 a.m.**

Dated: September 7, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Lenore Kosowsky amanda.kosowsky@cwt.com
Amie Danielle Rooney rooneya@sullcrom.com
Bahram Seyedin-Noor bnoor@wsgr.com
Boris Feldman boris.feldman@wsgr.com
Cheryl W. Foung cfoung@wsgr.com
Christopher Paul Seefer chriss@lerachlaw.com
Elizabeth P. Lin elin@milbergweiss.com
Eric J. Belfi ebelfi@labaton.com
Gregory A Markel gregory.markel@cwt.com
Jason de Bretteville debrettevillej@sullcrom.com
Kimberly C. Epstein kimcor@lerachlaw.com
Lionel Z. Glancy info@glancylaw.com
Michael John Lawson michael.lawson@morganlewis.com
Michael M. Goldberg info@glancylaw.com
Michael M. Goldberg info@glancylaw.com
Olga A. Tkachenko otkachenko@wsgr.com
Patricia I. Avery pavery@wolfpopper.com
Patrick J. Coughlin patc@lerachlaw.com
Rachele R. Rickert rickert@whafh.com
Robert A. Sacks sacksr@sullcrom.com
Ronit Setton ronit.setton@cwt.com
STEPHANIE L. DIERINGER sldieringer@hulettharper.com
Scott Christensen Hall halls@sullcrom.com
Shirley H. Huang shirleyh@lerachlaw.com
Sylvia Sum sylvias@lerachlaw.com
Terry T. Johnson tjohnson@wsgr.com
Vincent P. Finigan vfinigan@morganlewis.com
William S. Lerach e_file_sd@lerachlaw.com

Dated: September 7, 2006                    **Richard W. Wieking, Clerk**

                                            By:  **/s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California