1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  KIMBERLY EPSTEIN (169012)
   CHRISTOPHER P. SEEFER (201197)
3  SHIRLEY H. HUANG (206854)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   kepstein@lerachlaw.com
6  cseefer@lerachlaw.com
   shuang@lerachlaw.com
7
   Lead Counsel for Plaintiffs

8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                         SAN JOSE DIVISION

12  In re UTSTARCOM, INC. SECURITIES ) Master File No. C-04-4908-JW(PVT)
    LITIGATION                        )
13                                    ) CLASS ACTION
                                      )
14  This Document Relates To:         ) STIPULATION AND [~~PROPOSED~~] ORDER
                                      ) CONTINUING HEARINGS ON
15      ALL ACTIONS.                  ) UTSTARCOM DEFENDANTS' MOTION
                                      ) TO DISMISS DEFENDANTS SOFTBANK
16                                      HOLDINGS, INC. AND SOFTBANK
                                        AMERICA, INC.'S MOTION TO DISMISS

Whereas, the hearings on UTStarcom Defendants' Motion to Dismiss and Defendants Softbank Holdings, Inc. and Softbank America, Inc.'s Motion to Dismiss were originally scheduled for September 11, 2006;

Whereas, on September 7, 2006, on the Court's own motion, the hearings are continued to October 16, 2006, at 9:00 a.m.;

Whereas, due to scheduling conflicts of all of plaintiffs' counsel with the continued hearing date, at plaintiffs' request, the parties met and conferred and agreed to continue the hearing to October 23, 2006, at 9:00 a.m.;

Therefore, subject to the Court's approval, the parties hereby stipulate and request that the hearings on UTStarcom Defendants' Motion to Dismiss and Defendants Softbank Holdings, Inc. and Softbank America, Inc.'s Motion to Dismiss be continued to October 23, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATED: September 13, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
KIMBERLY EPSTEIN
CHRISTOPHER P. SEEFER
SHIRLEY H. HUANG

/s/
SHIRLEY H. HUANG

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

DATED: September 13, 2006

WILSON SONSINI GOODRICH & ROSATI
CHERYL FOUNG

/s/
CHERYL FOUNG

650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: 650/493-9300
650/493-6811 (fax)

STIP & [PROPOSED] ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTION TO DISMISS - C-04-4908-JW(PVT)    - 1 -

| | | |
|---|---|---|
| 1 | DATED: September 13, 2006 | SULLIVAN CROMWELL<br>JASON DE BRETTEVILLE |

<pre>
                                                           /s/
                                              JASON DE BRETTEVILLE
                                              1870 Embarcadero Road
                                              Palo Alto, California 94303-3308
                                              Telephone: 650/461-5600
                                              650/461-5700 (fax)
</pre>

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: September 13, 2006            _____
                                     THE HONORABLE JAMES WARE
                                     UNITED STATES DISTRICT JUDGE

T:\CasesSF\UTStarcom\STP00034695_mtd.doc

STIP & [PROPOSED] ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTION TO DISMISS - C-04-4908-JW(PVT) - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
SHIRLEY H. HUANG

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:ShirleyH@lerachlaw.com

# Mailing Information for a Case 5:04-cv-04908-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **STEPHANIE L. DIERINGER, ESQ**
  sldieringer@hulettharper.com office@hulettharper.com

- **Kimberly C. Epstein**
  kimcor@lerachlaw.com e_file_sf@lerachlaw.com;mariam@lerachlaw.com

- **Boris Feldman**
  boris.feldman@wsgr.com ncarvalho@wsgr.com;bhickman@wsgr.com

- **Vincent P. Finigan, Jr**
  vfinigan@morganlewis.com

- **Cheryl W. Foung**
  cfoung@wsgr.com bhickman@wsgr.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Scott Christensen Hall**
  halls@sullcrom.com herediak@sullcrom.com

- **Shirley H. Huang**
  shirleyh@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Terry T. Johnson**
  tjohnson@wsgr.com
  fgallardo@wsgr.com;mevenson@wsgr.com;cfoung@wsgr.com;calendar@wsgr.com

- **Amanda Lenore Kosowsky**
  amanda.kosowsky@cwt.com

- **Michael John Lawson**
  michael.lawson@morganlewis.com rluke@morganlewis.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Elizabeth P. Lin**
  elin@milbergweiss.com crosete@milbergweiss.com

- **Gregory A Markel**
  gregory.markel@cwt.com

- **Rachele R. Rickert**
  rickert@whafh.com

- **Darren J. Robbins**

- **Amie Danielle Rooney**
  rooneya@sullcrom.com

- **Robert A. Sacks**
  sacksr@sullcrom.com

- **Christopher Paul Seefer**
  chriss@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;KiyokoF@lerachlaw.com

- **Ronit Setton**
  ronit.setton@cwt.com

- **Bahram Seyedin-Noor**
  bnoor@wsgr.com rlustan@wsgr.com

- **Sylvia Sum**
  sylvias@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Olga A. Tkachenko**
  otkachenko@wsgr.com

- **Jason de Bretteville**
  debrettevillej@sullcrom.com powelllj@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Paul T. Curley
Murray Frank & Sailer LLP
```

275 Madison Avenue
Suite 801
New York, NY 10016

**Philip H. Gordon**
Gordon Law Offices
623 West Hays
Boise, ID 83702-5512

**Christopher J. Keller**
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

**Dale MacDiarmid**
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

**Ronit Sutton's**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Inna Zatulovsky**
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, Ca 94105