IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION<br><br>This Order relates to ALL ACTIONS.<br>_____/ | NO. C 04-04908 JW<br><br>**ORDER VACATING HEARING ON UTSTARCOM DEFENDANTS' AND DEFENDANTS SOFTBANK HOLDINGS, INC. AND SOFTBANK AMERICA, INC.'S MOTIONS TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT** |

The Court deems Defendants' Motions to Dismiss Second Amended Consolidated Complaint appropriate for submission on the papers without oral arguments.  See Civ. L.R. 7-1(b). Accordingly, the hearing on October 23, 2006 is vacated.

Dated:  October 18, 2006

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Lenore Kosowsky amanda.kosowsky@cwt.com
Amie Danielle Rooney rooneya@sullcrom.com
Bahram Seyedin-Noor bnoor@wsgr.com
Boris Feldman boris.feldman@wsgr.com
Cheryl Weisbard Foung cfoung@wsgr.com
Christopher Paul Seefer chriss@lerachlaw.com
Elizabeth P. Lin elin@milbergweiss.com
Eric J. Belfi ebelfi@labaton.com
Gregory A Markel gregory.markel@cwt.com
Jason de Bretteville debrettevillej@sullcrom.com
Kimberly C. Epstein kimcor@lerachlaw.com
Lionel Z. Glancy info@glancylaw.com
Michael John Lawson michael.lawson@morganlewis.com
Michael M. Goldberg info@glancylaw.com
Michael M. Goldberg info@glancylaw.com
Olga A. Tkachenko otkachenko@wsgr.com
Patricia I. Avery pavery@wolfpopper.com
Patrick J. Coughlin patc@lerachlaw.com
Rachele R. Rickert rickert@whafh.com
Robert A. Sacks sacksr@sullcrom.com
Ronit Setton ronit.setton@cwt.com
STEPHANIE L. DIERINGER sldieringer@hulettharper.com
Scott Christensen Hall halls@sullcrom.com
Shirley H. Huang shirleyh@lerachlaw.com
Sylvia Sum sylvias@lerachlaw.com
Terry T. Johnson tjohnson@wsgr.com
Vincent P. Finigan vfinigan@morganlewis.com
William S. Lerach e_file_sd@lerachlaw.com

Dated:   October 18, 2006                          **Richard W. Wieking, Clerk**

                                                   **By:  /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California