TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
BRIAN THOMAS, State Bar No. 223706 (bthomas@wsgr.com)
BRYAN KETROSER, State Bar No 239105 (bketroser@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
tjohnson@wsgr.com

Attorneys for Defendants
UTSTARCOM, INC.; HONG LIANG LU,
MICHAEL J. SOPHIE, HOWARD KWOCK,
GERALD S. SOLOWAY, SHAO-NING J. CHOU,
WILLIAM H. HUANG, YING WU, THOMAS J. TOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE UTSTARCOM, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master File No. C-04-4908-JW(PVT)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED CONSOLIDATED COMPLAINT** |

STIP. AND [PROPOSED] ORDER RE REVISED
BRIEFING SCHEDULE FOR DEFS' MOTIONS TO
DISMISS THE THIRD AMENDED COMPLAINT
CASE NO. C-04-4908-JW(PVT)

3115131_1.DOC

1     WHEREAS, on March 20, 2007, the Court entered an Order Granting Defendants'

2 Motions to Dismiss the Second Amended Consolidated Complaint with Leave to Amend

3 ("March 20 Order");

4     WHEREAS, the March 20 Order required plaintiffs to file and serve a Third Amended

5 Consolidated Complaint ("TAC") on or before April 30, 2007;

6     WHEREAS, in order to accommodate plaintiffs' counsel's schedule, the parties

7 stipulated to an amended briefing schedule that required plaintiffs to file and serve a TAC on or

8 before May 14, 2007, and the Court so ordered;

9     WHEREAS, in order to accommodate defendants' counsel's schedule and in the interest of

10 efficiency, the parties have conferred and agreed to a revised schedule for plaintiffs to file a TAC

11 and the parties to brief defendants' motions to dismiss the TAC;

12     NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's

13 approval:

14     (a)     Plaintiffs' TAC shall be filed no later than May 25, 2007;

15     (b)     Defendants' motions to dismiss the TAC shall be filed no later than July 13, 2007;

16     (c)     Plaintiffs' briefs in opposition to defendants' motions to dismiss the TAC shall be

17 filed no later than August 21, 2007;

18     (d)     Defendants' reply briefs in support of their motions to dismiss the TAC shall be

19 filed no later than September 18, 2007; and

20     (e)     The hearing on defendants' motions to dismiss the TAC shall be set for October

21 ~~8~~ 15, 2007, at 9 a.m.

22     IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: May 10, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ BAHRAM SEYEDIN-NOOR<br>      BAHRAM SEYEDIN-NOOR |
| 5 | | Attorneys for Defendants UTStarcom Inc., Hong Liang Lu, Michael J. Sophie, Howard Kwock, Gerald S. Soloway, Shao-Ning J. Chou, William H. Huang, Ying Wu, and Thomas Toy |
| 9 | Dated: May 10, 2007 | SULLIVAN & CROMWELL LLP |
| 11 | | By: /s/ ROBERT A. SACKS<br>      ROBERT A. SACKS |
| 13 | | Attorneys for Defendants SOFTBANK America, Inc., SOFTBANK Holdings, Inc. and SOFTBANK Corporation |
| 16 | Dated: May 10, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 19 | | By: /s/ CHRISTOPHER P. SEEFER<br>      CHRISTOPHER P. SEEFER |
| 20 | | Lead Counsel for Plaintiffs |

STIP. AND [PROPOSED] ORDER RE REVISED BRIEFING SCHEDULE FOR DEFS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT
CASE NO. C-04-4908-JW(PVT)

3115131_1.DOC

1 **ORDER**

2  PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

3 ORDERED.

4  The Hearing on the Defendant's Motion to Dismiss the Third Amended Complaint shall be heard on October 15 2007 at 09:00 AM

6 Dated: _____ May 10 2007 _____

*[signature: James Ware]*

The Honorable James Ware
United States District Court Judge

STIP. AND [PROPOSED] ORDER RE REVISED
BRIEFING SCHEDULE FOR DEFS' MOTIONS TO
DISMISS THE THIRD AMENDED COMPLAINT
CASE NO. C-04-4908-JW(PVT)

3115131_1.DOC

1  I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being
2 used to file the Joint Stipulation and [Proposed] Order Regarding Revised Briefing Schedule for
3 Defendants' Motions to Dismiss the Third Amended Consolidated Complaint.  I hereby attest
4 that Robert A. Sacks and Christopher P. Seefer have concurred in this filing.

6 Dated:  May 10, 2007                                    WILSON SONSINI GOODRICH & ROSATI
                                                         Professional Corporation


8                                                        By: /s/ Bahram Seyedin-Noor
                                                             Bahram Seyedin-Noor

                                                         Attorneys for Defendants UTStarcom Inc., Hong
                                                         Liang Lu, Michael J. Sophie, Howard Kwock, Gerald
                                                         S. Soloway, Shao-Ning J. Chou, William H. Huang,
                                                         Ying Wu, and Thomas Toy

STIP. AND [PROPOSED] ORDER RE REVISED
BRIEFING SCHEDULE FOR DEFS' MOTIONS TO
DISMISS THE THIRD AMENDED COMPLAINT
CASE NO. C-04-4908-JW(PVT)

3115131_1.DOC