TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
BRIAN P. THOMAS, State Bar No. 223706 (bthomas@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
tjohnson@wsgr.com

Attorneys for Defendants
UTSTARCOM, INC., HONG LIANG LU,
MICHAEL J. SOPHIE, HOWARD KWOCK
GERALD S. SOLOWAY, SHAO-NING J. CHOU,
WILLIAM H. HUANG, YING WU, AND
THOMAS J. TOY

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE UTSTARCOM, INC. SECURITIES LITIGATION | Master File No. C-04-4908-JW(PVT) |
| This Document Relates To: ALL ACTIONS. | **JOINT STIPULATION AND [PROPOSED] ORDER EXPANDING PAGE LIMITS FOR UTSTARCOM DEFENDANTS' MOTION TO DISMISS THIRD AMENDED CONSOLIDATED COMPLAINT, PLAINTIFFS' OPPOSITION BRIEF, AND DEFENDANTS' REPLY BRIEF** |

JOINT STIP. AND [PROPOSED] ORDER EXPANDING
PAGE LIMITS FOR DEFS.' MOTION TO DISMISS
THIRD AMENDED CONSOL. COMPL., PLS.'
OPP'N BRIEF AND DEFS.' REPLY BRIEF
CASE NO. C-04-4908-JW(PVT)

3147552_1.DOC

      WHEREAS, the Court on March 20, 2007, ordered plaintiffs to file a Third Amended Complaint;

      WHEREAS, plaintiffs filed a Third Amended Complaint on May 25, 2007, which is lengthier than the predecessor complaint, and which raises new issues;

      WHEREAS, Civil L.R. 7-2(b) and Civil L.R. 7-3(a) and (c) provide for page limits that are not sufficient for the contemplated Motion to Dismiss and supporting memorandum that defendants UTStarcom, Inc., Hong Liang Lu, Michael J. Sophie, Howard Kwock, Gerald S. Soloway, Shao-Ning J. Chou, William H. Huang, Ying Wu, and Thomas Toy (collectively, "Defendants") anticipate filing on July 13, 2007, and that plaintiffs anticipate opposing, in that the parties desire to address the numerous allegations in a comprehensive and thorough fashion;

      WHEREAS, on June 1, 2006, the Court previously granted a similar proposed stipulation allowing expanded page limits regarding defendants' Motion to Dismiss the Second Amended Complaint, consisting of 45 pages for the opening and opposing briefs and 25 pages for the reply;

      WHEREAS, defendants believe that they need no more than 50 pages for their Motion to Dismiss and supporting memorandum;

      WHEREAS, plaintiffs believe they need no more than 50 pages for their Opposition to defendants' Motion to Dismiss Brief; and

      WHEREAS, defendants believe that they need no more than 25 pages for their Reply Brief.

      THEREFORE, the parties hereby STIPULATE and AGREE as follows:

      1.    Defendants' Motion to Dismiss and Reply Brief will not exceed 50 and 25 pages, respectively, exclusive of the caption page, the table of contents, table of authorities, declarations, and exhibits.

      2.    Plaintiffs' Opposition to defendants' Motion to Dismiss Brief will not exceed 50 pages, exclusive of the caption page, the table of contents, table of authorities, declarations, and exhibits.

IT IS SO STIPULATED.

Dated: July 6, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Cheryl Foung
        Cheryl Foung

Attorneys for Defendants
UTSTARCOM, INC., HONG LIANG LU,
MICHAEL J. SOPHIE, HOWARD KWOCK
GERALD S. SOLOWAY, SHAO-NING J. CHOU,
WILLIAM H. HUANG, YING WU, AND
THOMAS J. TOY

Dated: July 6, 2007

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By:   /s/ Shirley H. Huang
        SHIRLEY H. HUANG

Attorneys for Plaintiffs

I, Terry T. Johnson, am the ECF User whose identification and password are being used to file this Stipulation to Expand Page Limits and [Proposed] Order. I hereby attest that Cheryl W. Foung and Shirley Huang concur in this filing.

Dated: July 6, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ TERRY T. JOHNSON
        TERRY T. JOHNSON

Attorneys for Defendants UTStarcom Inc., Hong Liang Lu, Michael J. Sophie, Howard Kwock, Gerald S. Soloway, Shao-Ning J. Chou, William H. Huang, Ying Wu, and Thomas Toy

JOINT STIP. AND [PROPOSED] ORDER EXPANDING
PAGE LIMITS FOR DEFS.' MOTION TO DISMISS
THIRD AMENDED CONSOL. COMPL., PLS.'
OPP'N BRIEF AND DEFS.' REPLY BRIEF
CASE NO. C-04-4908-JW(PVT)

-2-

3147552_1.DOC

## **ORDER**

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: July 9, 2007

*/s/ James Ware*
The Honorable James Ware
United States District Court Judge

JOINT STIP. AND [PROPOSED] ORDER EXPANDING
PAGE LIMITS FOR DEFS.' MOTION TO DISMISS
THIRD AMENDED CONSOL. COMPL., PLS.'
OPP'N BRIEF AND DEFS.' REPLY BRIEF
CASE NO. C-04-4908-JW(PVT)

-3-

3147552_1.DOC