1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
5  cfoung@wsgr.com

6  Attorneys for Defendants
   UTSTARCOM, INC., HONG LIANG LU,
7  MICHAEL J. SOPHIE, HOWARD KWOCK,
   GERALD S. SOLOWAY, SHAO-NING J. CHOU,
8  WILLIAM H. HUANG, YING WU, THOMAS J. TOY

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  IN RE UTSTARCOM, INC.          )   Master File No. C-04-4908-JW(PVT)
    SECURITIES LITIGATION          )
15                                 )   **JOINT STIPULATION AND**
                                   )   **[PROPOSED] ORDER REGARDING**
16  _____)   **REVISED SCHEDULE FOR**
                                   )   **DEFENDANTS' REPLY**
17  This Document Relates to:      )   **MEMORANDA IN SUPPORT OF**
                                   )   **MOTIONS TO DISMISS AND STRIKE**
18  ALL ACTIONS.                   )   **THE THIRD AMENDED**
                                   )   **CONSOLIDATED COMPLAINT**
19                                 )
                                   )
20                                 )
                                   )
21  _____)

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE REVISED
SCHEDULE FOR DEFS' REPLIES ISO MOTIONS TO
DISMISS AND STRIKE THIRD AMENDED COMPLAINT
CASE NO. C-04-4908-JW(PVT)

UTSI - Stip re amended reply briefing schedule for
TAC_(PALIB1_3187480_3).DOC

1    WHEREAS, pursuant to Stipulation and Order dated May 10, 2007, defendants' reply

2  memoranda in support of their motions to dismiss and strike the plaintiffs' Third Amended

3  Consolidated Complaint are due to be filed on September 18, 2007;

4    WHEREAS, since the May 10, 2007 Stipulation and Order, the undersigned counsel for

5  UTStarcom Defendants principally responsible for drafting of the replies now has a conflicting

6  briefing schedule with overlapping deadlines in an unrelated case in another state;

7    WHEREAS, the parties wish to accommodate counsel's schedule, and to have

8  coordinated briefing by all defendants, including Defendants SOFTBANK America, Inc.,

9  SOFTBANK Holdings, Inc. and SOFTBANK Corporation;

10   WHEREAS, the proposed revised schedule for defendants' reply memoranda will not

11  change the presently scheduled hearing date set for October 15, 2007, at 9:00 a.m., because the

12  Court will have the matter fully briefed eighteen days in advance of the hearing date, unless the

13  Court would prefer to change the date;

14   NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's

15  approval:

16   (d)   Defendants' reply briefs in support of their motions to dismiss and strike the TAC

17  shall be extended by nine days, from September 18, 2007 until September 27, 2007; and

18   (e)   The hearing on defendants' motions shall remain set for October 15, 2007, at

19  9:00 a.m., and will not be altered by this brief extension.

20   IT IS SO STIPULATED.

1    Dated:  Sept. 5, 2007                     WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
2

3

4                                              By: /s/ CHERYL W. FOUNG
                                                    CHERYL W. FOUNG
5
                                               Attorneys for Defendants UTStarcom Inc.,
6                                              Hong Liang Lu, Michael J. Sophie, Howard
                                               Kwock, Gerald S. Soloway, Shao-Ning J.
7                                              Chou, William H. Huang, Ying Wu, and
                                               Thomas Toy
8

9    Dated:  Sept. 5, 2007                     SULLIVAN & CROMWELL LLP

10

11                                             By: /s/ ROBERT A. SACKS
12                                                  ROBERT A. SACKS

13                                             Attorneys for Defendants SOFTBANK
                                               America, Inc., SOFTBANK Holdings, Inc. and
14                                             SOFTBANK Corporation

15

16   Dated:  Sept. 5, 2007                     COUGHLIN STOIA GELLER RUDMAN &
                                               ROBBINS LLP
17

18

19                                             By: /s/ SHIRLEY H. HUANG
                                                    SHIRLEY H. HUANG
20
                                               Lead Counsel for Plaintiffs
21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2          PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

3   ORDERED.

4

5

6   Dated: _____ September 6, 2007 _____          _____
                                                    The Honorable James Ware
7                                                   United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     I, Cheryl W. Foung, am the ECF User whose identification and password are being used

2   to file the Joint Stipulation and [Proposed] Order Regarding Revised Briefing Schedule for

3   Defendants' Motions to Dismiss the Third Amended Consolidated Complaint.  I hereby attest

4   that Robert A. Sacks and Shirley H. Huang have concurred in this filing.

5

6   Dated:  Sept. 5, 2007                     WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
7

8                                            By: /s/ Cheryl W. Foung
                                                   Cheryl W. Foung
9
                                             Attorneys for Defendants UTStarcom Inc., Hong
10                                           Liang Lu, Michael J. Sophie, Howard Kwock, Gerald
                                             S. Soloway, Shao-Ning J. Chou, William H. Huang,
11                                           Ying Wu, and Thomas Toy

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28