**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTStarcom, Inc. Securities Litigation | NO. C 04-04908 JW<br>Consolidated Cases:<br>05-02210 JW<br>04-04991 JW<br>04-05136 JW<br>04-05132 JW<br><br>**ORDER ADMINISTRATIVELY CLOSING CASES** |

     In light of the Court's March 16, 2005 Order Consolidating Related Actions (docket item no. 57), the Court orders the members cases 05-02210 JW, 04-04991 JW, 04-05136 JW 04-05132 JW administratively closed.

Dated: March 31, 2008

                                          JAMES WARE
                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Lenore Kosowsky amanda.kosowsky@cwt.com
Amie Danielle Rooney rooneya@sullcrom.com
Bahram Seyedin-Noor bnoor@wsgr.com
Boris Feldman boris.feldman@wsgr.com
Cheryl Weisbard Foung cfoung@wsgr.com
Christopher J. Keller ckeller@labaton.com
Christopher Paul Seefer chriss@csgrr.com
Elizabeth Pei Lin elin@milbergweiss.com
Eric J. Belfi ebelfi@labaton.com
Gregory A Markel gregory.markel@cwt.com
Inna Zatulovsky izatulovsky@morganlewis.com
Jason de Bretteville debrettevillej@sullcrom.com
Kimberly C. Epstein kimcor@lerachlaw.com
Lionel Z. Glancy info@glancylaw.com
Mark Punzalan mpunzalan@finkelsteinthompson.com
Marvin L. Frank mfrank@murrayfrank.com
Michael John Lawson michael.lawson@morganlewis.com
Michael M. Goldberg info@glancylaw.com
Olga A. Tkachenko otkachenko@mofo.com
Patricia I. Avery pavery@wolfpopper.com
Patrick J. Coughlin PatC@csgrr.com
Philip Howard Gordon pgordon@gordonlawoffices.com
Rachele R. Rickert rickert@whafh.com
Robert Andrew Sacks sacksr@sullcrom.com
Ronit Setton ronit.setton@cwt.com
Scott Christensen Hall halls@sullcrom.com
Shirley H. Huang shirleyh@csgrr.com
Stephanie L. Dieringer sldieringer@hulettharper.com
Sylvia Sum Ssum@csgrr.com
Terry T. Johnson tjohnson@wsgr.com
Vincent P. Finigan vfinigan@morganlewis.com
William S. Lerach e_file_sd@lerachlaw.com

**Dated: March 31, 2008**                          **Richard W. Wieking, Clerk**

                                                          **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

United States District Court
For the Northern District of California