IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTStarcom, Inc. Securities Litigation | NO. C 04-04908 JW |
| | **ORDER DENYING DEFENDANTS' MOTION TO RELATE CASES** |

Presently before the Court is Defendants' Motion to relate this case with <u>Rudolph v. UTStarcom, et al.</u>, No. C 07-4578 SI.[1]

The Court previously denied Defendants' motion to relate these two cases under Civil Local Rules 3-12 and 7-11.[2] Defendants now contend that the Fourth Amended Complaint contains allegations of options backdating, which overlap with the options backdating claims in the <u>Rudolph</u> action. Upon review, the Court finds that these cases are not related within the meaning of Local Rules 3-12 and 7-11. In addition, this case and the <u>Rudolph</u> action are at differing procedural stages, such that relation of these cases is not proper.

Accordingly, the Court DENIES Defendants' Motion to Relate Cases.

Dated: September 5, 2008

JAMES WARE
United States District Judge

---

[1] (Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11, Docket Item No. 245.)

[2] (Order Denying Administrative Motion to Relate Cases, Docket Item No. 225.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Lenore Kosowsky amanda.kosowsky@cwt.com
Amie Danielle Rooney rooneya@sullcrom.com
Bahram Seyedin-Noor bnoor@wsgr.com
Boris Feldman boris.feldman@wsgr.com
Bryan Jacob Ketroser bketroser@wsgr.com
Cheryl Weisbard Foung cfoung@wsgr.com
Christopher J. Keller ckeller@labaton.com
Christopher Paul Seefer chriss@csgrr.com
Elizabeth Pei Lin elin@milberg.com
Eric J. Belfi ebelfi@labaton.com
Gregory A Markel gregory.markel@cwt.com
Inna Zatulovsky izatulovsky@morganlewis.com
Jason de Bretteville debrettevillej@sullcrom.com
Kimberly C. Epstein e_file_sf@csgrr.com
Lionel Z. Glancy info@glancylaw.com
Mark Punzalan mpunzalan@finkelsteinthompson.com
Marvin L. Frank mfrank@murrayfrank.com
Michael John Lawson michael.lawson@morganlewis.com
Michael M. Goldberg info@glancylaw.com
Patricia I. Avery pavery@wolfpopper.com
Patrick J. Coughlin PatC@csgrr.com
Philip Howard Gordon pgordon@gordonlawoffices.com
Rachele R. Rickert rickert@whafh.com
Robert Andrew Sacks sacksr@sullcrom.com
Ronit Setton ronit.setton@cwt.com
Scott Christensen Hall halls@sullcrom.com
Shirley H. Huang shirleyh@csgrr.com
Stephanie L. Dieringer sldieringer@hulettharper.com
Sylvia Sum Ssum@csgrr.com
Terry T. Johnson tjohnson@wsgr.com
Vincent P. Finigan vfinigan@morganlewis.com
William S. Lerach e_file_sd@lerachlaw.com

**Dated: September 5, 2008**             **Richard W. Wieking, Clerk**

                                                                     **By: /s/ JW Chambers**
                                                                            **Elizabeth Garcia**
                                                                            **Courtroom Deputy**

United States District Court
For the Northern District of California