IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, Inc. Securities Litigation | NO. C 04-04908 JW<br>**ORDER CONTINUING HEARING ON MOTIONS** |

Presently before the Court are Defendants' Motion to Dismiss or Strike the Fourth Amended Complaint (Docket Item Nos. 257, 258), Defendant's Softbank's Motion to Strike (Docket Item No. 271), and James Bartholomew's Motion to Intervene and to Strike Allegations (Docket Item Nos. 252, 253) set for hearing on December 15, 2008. Having reviewed the parties' papers, the Court finds that the motions cannot be heard on its regular law and motion calendar. Accordingly, the Court CONTINUES the hearing from December 15, 2008 to **January 16, 2009 at 9 a.m.** to provide sufficient time for the parties to present their positions.

Dated: November 20, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Lenore Kosowsky amanda.kosowsky@cwt.com
Amie Danielle Rooney rooneya@sullcrom.com
Bahram Seyedin-Noor bnoor@wsgr.com
Boris Feldman boris.feldman@wsgr.com
Bryan Jacob Ketroser bketroser@wsgr.com
Cheryl Weisbard Foung cfoung@wsgr.com
Christopher J. Keller ckeller@labaton.com
Christopher Paul Seefer chriss@csgrr.com
Elizabeth Pei Lin elin@milberg.com
Eric J. Belfi ebelfi@labaton.com
Gregory A Markel gregory.markel@cwt.com
Inna Zatulovsky izatulovsky@morganlewis.com
Jason de Bretteville debrettevillej@sullcrom.com
Kimberly C. Epstein e_file_sf@csgrr.com
Lionel Z. Glancy info@glancylaw.com
Mark Punzalan mpunzalan@finkelsteinthompson.com
Marvin L. Frank mfrank@murrayfrank.com
Michael John Lawson michael.lawson@morganlewis.com
Michael M. Goldberg info@glancylaw.com
Patricia I. Avery pavery@wolfpopper.com
Patrick J. Coughlin PatC@csgrr.com
Philip Howard Gordon pgordon@gordonlawoffices.com
Rachele R. Rickert rickert@whafh.com
Robert Andrew Sacks sacksr@sullcrom.com
Ronit Setton ronit.setton@cwt.com
Scott Christensen Hall halls@sullcrom.com
Shirley H. Huang shirleyh@csgrr.com
Stephanie L. Dieringer sldieringer@huletharper.com
Sylvia Sum SSum@csgrr.com
Terry T. Johnson tjohnson@wsgr.com
Vincent P. Finigan vfinigan@morganlewis.com
William S. Lerach e_file_sd@lerachlaw.com

**Dated: November 20, 2008**          **Richard W. Wieking, Clerk**

                                      **By:   /s/ JW Chambers**
                                           **Elizabeth Garcia**
                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California