1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
   CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
3  BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
   L. DAVID NEFOUSE, State Bar No. 243417 (dnefouse@wsgr.com)
4  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
6  Facsimile:   (650) 565-5100

7  Attorneys for Defendants
   UTSTARCOM, INC., HONG LIANG LU,
8  MICHAEL J. SOPHIE, YING WU and THOMAS J. TOY

*IT IS SO ORDERED*
*Judge James Ware*

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                        SAN JOSE DIVISION

14  IN RE UTSTARCOM, INC.               )   Master File No. C-04-4908-JW(PVT)
    SECURITIES LITIGATION               )
15                                      )   **JOINT STIPULATION AND
                                        )   [PROPOSED] ORDER REGARDING
16  _____ )   EXTENSION OF TIME FOR
                                        )   DEFENDANTS TO ANSWER
17  This Document Relates to:           )   PLAINTIFFS' FOURTH AMENDED
                                        )   CLASS ACTION COMPLAINT**
18  ALL ACTIONS.                        )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21  _____ )

JOINT STIPULATION AND [PROPOSED] ORDER RE
EXTENSION TO ANSWER THE 4AC
CASE NO. C-04-4908-JW(PVT)

1   WHEREAS, on May 14, 2008 plaintiffs filed their Fourth Amended Class Action Complaint for Violations of the Federal Securities Law ("Fourth Amended Complaint");

WHEREAS, on March 27, 2009 the Court denied the motions of defendants UTStarcom, Inc., Hong Liang Lu, Ying Wu, Michael Sophie, and Thomas Toy's (the "UTStarcom Defendants"), and defendants SoftBank Corporation, SoftBank America, Inc. and SoftBank Holdings, Inc. (the "SoftBank Defendants"), to dismiss the Fourth Amended Complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), defendants' deadline to answer the Fourth Amended Complaint is April 10, 2009;

WHEREAS, given the complexity and length of the allegations in the Fourth Amended Complaint, respective counsel for the UTStarcom Defendants and the SoftBank Defendants requested an extension until May 8, 2009 to answer the Fourth Amended Complaint, and counsel for plaintiffs agreed to such extension;

NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's approval:

(a)   Defendants shall answer the Fourth Amended Complaint on or before May 8, 2009.

IT IS SO STIPULATED.

Dated: April 2, 2009            WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation


                                By: /s/ BAHRAM SEYEDIN-NOOR
                                    BAHRAM SEYEDIN-NOOR

                                Attorneys for Defendants
                                UTSTARCOM, INC., HONG LIANG LU,
                                MICHAEL J. SOPHIE, YING WU, THOMAS
                                J. TOY

| | | |
|---|---|---|
| Dated: April 2, 2009 | | SULLIVAN & CROMWELL LLP |

By: /s/ JASON DE BRETTEVILLE
    JASON DE BRETTEVILLE

Attorneys for Defendants
SOFTBANK HOLDINGS, INC.
SOFTBANK AMERICA, INC. AND
SOFTBANK CORPORATION

Dated: April 2, 2009                    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/ CHRIS SEEFER
    CHRIS SEEFER

Attorneys for Plaintiffs

**ORDER**

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: April 13, 2009

The Honorable James Ware
United States District Court Judge