1   COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
2   CHRISTOPHER P. SEEFER (201197)
       SHIRLEY H. HUANG (206854)
3   100 Pine Street, Suite 2600
    San Francisco, CA  94111
4   Telephone:  415/288-4545
    415/288-4534 (fax)
5   cseefer@csgrr.com
    shuang@csgrr.com
6
    Lead Counsel for Plaintiffs
7

IT IS SO ORDERED
AS MODIFIED

*James Ware*

Judge James Ware

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  In re UTSTARCOM, INC. SECURITIES   )   Master File No. C-04-4908-JW(PVT)
    LITIGATION                         )
    _____ )   CLASS ACTION
12                                     )
    This Document Relates To:          )   STIPULATION AND [PROPOSED] ORDER
13                                     )   REGARDING CONTINUING FURTHER
           ALL ACTIONS.                )   CASE MANAGEMENT CONFERENCE
14  _____ )

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, on March 27, 2009, the Court set a deadline for a Joint Case Management

2  Statement to be filed by April 17, 2009 and a Further Case Management Conference ("CMC") for

3  April 27, 2009, at 10:00 a.m.;

4    WHEREAS, plaintiffs' counsel have a scheduling conflict with the April 27, 2009 date and

5  respectfully request the Court to continue the CMC; and

6    WHEREAS, the parties met and conferred regarding the scheduling of the CMC;

7    NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's approval,

8  the deadline for filing the Joint Case Management Statement is April 24, 2009, and the CMC is

9  continued to Monday, May 4, 2009, at 10:00 a.m.

10    IT IS SO STIPULATED.

11  DATED:  April 7, 2009                    COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
12                                          CHRISTOPHER P. SEEFER
                                            SHIRLEY H. HUANG
13

14
                                                    s/ Shirley H. Huang
15                                          SHIRLEY H. HUANG

16                                          100 Pine Street, Suite 2600
                                            San Francisco, CA  94111
17                                          Telephone:  415/288-4545
                                            415/288-4534 (fax)
18
                                            Lead Counsel for Plaintiffs
19

20  DATED:  April 7, 2009                    WILSON SONSINI GOODRICH & ROSATI
                                            TERRY T. JOHNSON
21                                          BORIS FELDMAN
                                            BAHRAM SEYEDIN-NOOR
22                                          CHERYL W. FOUNG
                                            BRYAN J. KETROSER
23                                          L. DAVID NEFOUSE

24

25                                                  s/ Bahram Seyedin-Noor
                                            BAHRAM SEYEDIN-NOOR
26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING FURTHER CASE
MANAGEMENT CONFERENCE - C-04-4908-JW(PVT)                          - 1 -

1
2                                   650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  650/493-9300
3     650/493-6811 (fax)

4                                   Attorneys for Defendants UTStarcom, Inc., Hong
Liang Lu, Michael J. Sophie, Thomas J. Toy, and
5     Ying Wu

6  DATED:  April 7, 2009            SULLIVAN & CROMWELL LLP
JASON DE BRETTEVILLE
7

8                                     _____
                                           s/ Jason De Bretteville
9                                     JASON DE BRETTEVILLE

10                                   1870 Embarcadero Road
Palo Alto, CA 94303
11    Telephone:  650/461-5600
650/461-5700 (fax)
12

13                                   Attorneys for Defendants SOFTBANK America,
Inc., SOFTBANK Holdings, Inc., and
SOFTBANK Corporation
14

15     I, Shirley H. Huang, am the ECF User whose ID and password are being used to file this
STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING FURTHER CASE
16  MANAGEMENT CONFERENCE .  In compliance with General Order 45, X.B., I hereby attest that
Bahram Seyedin-Noor and Jason De Bretteville have concurred in this filing.
17

                                      *        *        *
18

19                               **O R D E R**
     IT IS SO ORDERED AS MODIFIED.  The parties shall file their Joint Statement on
20    or before **April 24, 2009.**

     DATED:  April 13, 2009       _____
21                                  THE HONORABLE JAMES WARE
                                   UNITED STATES DISTRICT JUDGE
22

23

24
     S:\CasesSD\UTStarcom 04\STP00058705.doc
25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING FURTHER CASE
MANAGEMENT CONFERENCE - C-04-4908-JW(PVT)                           - 2 -