COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
SHIRLEY H. HUANG (206854)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
cseefer@csgrr.com
shuang@csgrr.com

Lead Counsel for Plaintiffs

IT IS SO ORDERED
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | ) Master File No. C-04-4908-JW(PVT) <br> ) <br> ) CLASS ACTION <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) STIPULATION AND [PROPOSED] ORDER <br> ) REGARDING ANSWERS TO THE <br> ) FOURTH AMENDED CONSOLIDATED <br> ) COMPLAINT |

1  WHEREAS, on May 8, 2009, defendants filed and served their answers to the fourth amended consolidated complaint in this action;

3  WHEREAS, plaintiffs believe defendants' answers are deficient;

4  WHEREAS, defendants disagree with plaintiffs' position;

5  WHEREAS, the parties are meeting and conferring in an attempt to resolve this dispute;

6  WHEREAS, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, plaintiffs have 20 days or until May 28, 2009 to file a motion to strike defendants' answers;

8  WHEREAS, the parties are in the process of scheduling a mediation in an effort to settle the case;

10  WHEREAS, the parties wish to participate in a mediation before expending time and resources on the dispute referenced above; and

12  WHEREAS, defendants have agreed to plaintiffs' request for an extension of time to file a motion to strike defendants' answers.

14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel as follows:

16  1.  Plaintiffs shall file any motion to strike defendants' answers on or before August 31, 2009, unless otherwise agreed upon by the parties or ordered by the Court.

18  IT IS SO STIPULATED.

19  DATED: May 20, 2009

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
SHIRLEY H. HUANG


    /s/ Christopher P. Seefer
CHRISTOPHER P. SEEFER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER REGARDING ANSWERS TO THE
FOURTH AMENDED CONSOLIDATED COMPLAINT - C-04-4908-JW(PVT)       - 1 -

| | |
|---|---|
| 1  DATED: May 20, 2009 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 2 | BORIS FELDMAN |
|   | TERRY T. JOHNSON |
| 3 | BAHRAM SEYEDIN-NOOR |

                                                                                 /s/ Bahram Seyedin-Noor
                                                                                BAHRAM SEYEDIN-NOOR

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
650/493-6811 (fax)

Attorneys for Defendants UTStarcom, Inc., Hong Liang Lu, Michael J. Sophie, Ying Wu and Thomas J. Toy

DATED: May 20, 2009                                        SULLIVAN & CROMWELL LLP
                                                                       JASON DE BRETTEVILLE
                                                                       AMIE D. ROONEY
                                                                        SCOTT C. HALL

                                                                                  /s/ Jason de Bretteville
                                                                         JASON DE BRETTEVILLE

1870 Embarcadero Road
Palo Alto, CA 94303-3308
Telephone: 650/461-5600
650/461-5700 (fax)

SULLIVAN & CROMWELL LLP
ROBERT A. SACKS
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/712-6600
310/712-8800 (fax)

Attorneys for Defendants SoftBank Holdings, Inc., SoftBank Corporation and SoftBank America, Inc.

STIPULATION AND [PROPOSED] ORDER REGARDING ANSWERS TO THE
FOURTH AMENDED CONSOLIDATED COMPLAINT - C-04-4908-JW(PVT)      - 2 -

1  I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Answers to the Fourth Amended Consolidated Complaint. In compliance with General Order No. 45, X.B., I hereby attest that Bahram Seyedin-Noor and Jason de Bretteville have concurred in this filing.

                    /s/ Christopher P. Seefer
                    CHRISTOPHER P. SEEFER

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 21, 2009                     _/s/ James Ware_
                                      THE HONORABLE JAMES WARE
                                      UNITED STATES DISTRICT JUDGE

S:\casesSD\uTStarcom 04\STP00059522.doc

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 20, 2009.

                                                  /s/ Christopher P. Seefer
                                                  CHRISTOPHER P. SEEFER

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: chriss@csgrr.com

STIPULATION AND [PROPOSED] ORDER REGARDING ANSWERS TO THE FOURTH AMENDED CONSOLIDATED COMPLAINT – C-04-4908-JW(PVT)   - 1 -

CAND-ECF                                                                                                        Page 1 of 3

Case 5:04-cv-04908-JW   Document 319   Filed 05/22/09   Page 6 of 8

# Mailing Information for a Case 5:04-cv-04908-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stephanie L. Dieringer**
  sldieringer@hulettharper.com,office@hulettharper.com

- **Kimberly C. Epstein**
  e_file_sf@csgrr.com,mariam@lerachlaw.com,e_file_sf@lerachlaw.com

- **Boris Feldman**
  boris.feldman@wsgr.com,ncarvalho@wsgr.com

- **Vincent P. Finigan , Jr**
  vfinigan@morganlewis.com

- **Cheryl Weisbard Foung**
  cfoung@wsgr.com,bhickman@wsgr.com

- **Marvin L. Frank**
  mfrank@murrayfrank.com,info@murrayfrank.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Philip Howard Gordon**
  pgordon@gordonlawoffices.com,tmurphy@gordonlawoffices.com

- **Scott Christensen Hall**
  halls@sullcrom.com,herediak@sullcrom.com,singhl@sullcrom.com

- **Shirley H. Huang**
  shirleyh@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Terry T. Johnson**
  tjohnson@wsgr.com,calendar@wsgr.com,lkerska@wsgr.com,mevenson@wsgr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com,electroniccasefiling@labaton.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Amanda Lenore Kosowsky**
  amanda.kosowsky@cwt.com

- **Michael John Lawson**
  michael.lawson@morganlewis.com,rluke@morganlewis.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Elizabeth Pei Lin**
  elin@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Gregory A Markel**
  gregory.markel@cwt.com

- **Louis David Nefouse**
  dnefouse@wsgr.com,lbeltran@wsgr.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com

- **Rachele R. Rickert**
  rickert@whafh.com

- **Amie Danielle Rooney**
  rooneya@sullcrom.com

- **Robert Andrew Sacks**
  sacksr@sullcrom.com

- **Christopher Paul Seefer**
  chriss@csgrr.com,jdecena@csgrr.com,nrogers@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Ronit Setton**
  ronit.setton@cwt.com

- **Bahram Seyedin-Noor**
  bnoor@wsgr.com,rlustan@wsgr.com

- **Sylvia Sum**
  SSum@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Elizabeth K Tripodi**
  ekt@ftllaw.com

- **Inna Zatulovsky**
  izatulovsky@morganlewis.com,dlang@morganlewis.com

- **Jason de Bretteville**
  debrettevillej@sullcrom.com,adamsonrj@sullcrom.com,thornj@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Sam Brott**
550 West C Street
San Diego, CA 92101

**Paul T. Curley**
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016

**Dale MacDiarmid**

Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Ronit Sutton's**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281