COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
SHIRLEY H. HUANG (206854)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
cseefer@csgrr.com
shuang@csgrr.com

Lead Counsel for Plaintiffs

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | ) Master File No. C-04-4908-JW(PVT) <br> ) <br> ) CLASS ACTION <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) STIPULATION AND [PROPOSED] ORDER <br> ) REGARDING CLASS CERTIFICATION <br> ) BRIEFING SCHEDULE <br> ) |

1     WHEREAS, on April 29, 2009, this Court entered a Scheduling Order that, *inter alia*,
2 required plaintiffs to file their Motion for Class Certification on July 10, 2009; required defendants
3 to file their oppositions to class certification on August 7, 2009; required plaintiffs to file their reply
4 in support of class certification on September 4, 2009; and set the class certification hearing for
5 September 21, 2009 at 9:00 a.m.;

6     WHEREAS, defendant UTStarcom, Inc. served plaintiffs with document requests,
7 interrogatories and deposition notices related to class certification on May 6, 2009;

8     WHEREAS, plaintiffs will serve their responses and objections to the document requests and
9 interrogatories on June 5, 2009;

10     WHEREAS, the parties are in the process of scheduling a mediation in August 2009 in an
11 effort to settle the case; and

12     WHEREAS, the parties wish to participate in a mediation before expending time and
13 resources on class certification briefing and discovery;

14     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties,
15 through their undersigned counsel, as follows:

16     1.    Plaintiffs shall file and serve their Motion for Class Certification on September 25,
17 2009;

18     2.    Defendants shall file and serve their responses to plaintiffs' Motion for Class
19 Certification on October 23, 2009;

20     3.    Plaintiffs shall file and serve their reply in support of their Motion for Class
21 Certification on November 20, 2009; and

22     4.    The hearing on plaintiffs' Motion for Class Certification shall be on December 7,
23 2009 at 9:00 a.m.

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING
SCHEDULE - C-04-4908-JW(PVT)                                                            - 1 -

IT IS SO STIPULATED.

DATED: May 28, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
SHIRLEY H. HUANG


               /s/ Christopher P. Seefer
CHRISTOPHER P. SEEFER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

DATED: May 28, 2009

WILSON SONSINI GOODRICH & ROSATI, P.C.
BORIS FELDMAN
TERRY T. JOHNSON
BAHRAM SEYEDIN-NOOR


               /s/ Bahram Seyedin-Noor
BAHRAM SEYEDIN-NOOR

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

Attorneys for Defendants UTStarcom, Inc., Hong Liang Lu, Michael J. Sophie, Ying Wu and Thomas J. Toy

DATED: May 28, 2009

SULLIVAN & CROMWELL LLP
JASON DE BRETTEVILLE
AMIE D. ROONEY
SCOTT C. HALL


               /s/ Jason de Bretteville
JASON DE BRETTEVILLE

1870 Embarcadero Road
Palo Alto, CA  94303-3308
Telephone:  650/461-5600
650/461-5700 (fax)

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE - C-04-4908-JW(PVT) - 2 -

SULLIVAN & CROMWELL LLP
ROBERT A. SACKS
1888 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/712-6600
310/712-8800 (fax)

Attorneys for Defendants SoftBank Holdings, Inc., SoftBank Corporation and SoftBank America, Inc.

I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Class Certification Briefing Schedule.  In compliance with General Order No. 45, X.B., I hereby attest that Bahram Seyedin-Noor and Jason de Bretteville have concurred in this filing.

    /s/ Christopher P. Seefer
CHRISTOPHER P. SEEFER

\*     \*     \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**The parties may not modify the above schedule without first seeking leave of Court.**

DATED: June 11, 2009

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

S:\casesSD\uTStarcom 04\STP00059633.doc

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE - C-04-4908-JW(PVT)  - 3 -