IT IS SO ORDERED AS MODIFIED
Judge James Ware

1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  CHRISTOPHER P. SEEFER (201197)
   SHIRLEY H. HUANG (206854)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  cseefer@csgrr.com
   shuang@csgrr.com
6
   Lead Counsel for Plaintiffs
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | ) ) ) Master File No. C-04-4908-JW(PVT) ) ) CLASS ACTION ) |
| This Document Relates To: ALL ACTIONS. | ) ) STIPULATION AND [PROPOSED] ORDER ) STAYING CASE UNTIL COMPLETION OF ) MEDIATION ) |

1      WHEREAS, on May 22, 2009, this Court entered a Stipulated Order Regarding Answers to
2 the Fourth Amended Consolidated Complaint that required plaintiffs to file any motion to strike
3 defendants' answers on or before August 31, 2009, unless otherwise agreed upon by the parties or
4 ordered by the Court;

5      WHEREAS, on May 28, 2009, the parties filed a Stipulation and [Proposed] Order
6 Regarding Class Certification Briefing Schedule ("Class Certification Briefing Stipulation") that
7 asked the Court to revise the class certification briefing schedule set forth in the April 29, 2009
8 Scheduling Order;

9      WHEREAS, the August 31, 2009 date by which plaintiffs must file any motion to strike
10 defendants' answers and the dates proposed in the May 28, 2009 Class Certification Briefing
11 Stipulation were based on the parties' belief that the mediation would be scheduled in July or August
12 2009;

13      WHEREAS, the parties were unable to schedule the mediation in July or August but have
14 scheduled a mediation for September 14, 2009;

15      WHEREAS, on June 3, 2009, defendants served their responses and objections to Plaintiffs'
16 First Set of Requests for Production of Documents and Plaintiffs' First Set of Interrogatories;

17      WHEREAS, on June 5, 2009, lead plaintiffs served their responses and objections to the
18 UTStarcom Defendants' First Set of Document Requests and the UTStarcom Defendants' First Set
19 of Interrogatories;

20      WHEREAS, on June 19, 2009, plaintiffs Gennadiy Sherman and Robert Lee Weese will
21 serve their responses and objections to the UTStarcom Defendants' First Set of Document Requests
22 and the UTStarcom Defendants' First Set of Interrogatories; and

23      WHEREAS, the parties have agreed, subject to the approval of the Court, to extend the date
24 by which plaintiffs must file any motion to strike defendants' answers, revise the class certification
25 briefing schedule set forth in the May 28, 2009 Class Certification Briefing Stipulation and defer
26 filing any motions to compel related to the responses and objections to the discovery requests until
27 after the completion of the mediation scheduled for September 14, 2009;

28

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, as follows:

1.  Plaintiffs shall file and serve any motion to strike defendants' answers no later than October 30, 2009, unless otherwise agreed upon by the parties or ordered by the Court;

2.  Plaintiffs shall file and serve their Motion for Class Certification on October 23, 2009;

3.  Defendants shall file and serve their responses to plaintiffs' Motion for Class Certification on November 20, 2009;

4.  Plaintiffs shall file and serve their reply in support of their Motion for Class Certification on December 18, 2009;

5.  The hearing on plaintiffs' Motion for Class Certification shall be on **January 25, 2010 at 9 a.m.**; and

6.  The parties shall meet and confer about any responses and objections to the discovery requests after the mediation and preserve all rights to file motions to compel if the parties are unable to resolve any discovery disputes.

IT IS SO STIPULATED.

DATED: June 12, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
SHIRLEY H. HUANG

            /s/ Christopher P. Seefer
        CHRISTOPHER P. SEEFER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: June 12, 2009 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 2 | | BORIS FELDMAN |
| | | TERRY T. JOHNSON |
| 3 | | BAHRAM SEYEDIN-NOOR |

/s/ Bahram Seyedin-Noor<br>BAHRAM SEYEDIN-NOOR

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

Attorneys for Defendants UTStarcom, Inc., Hong Liang Lu, Michael J. Sophie, Ying Wu and Thomas J. Toy

DATED:  June 12, 2009              SULLIVAN & CROMWELL LLP
                                   JASON DE BRETTEVILLE
                                   AMIE D. ROONEY
                                   SCOTT C. HALL

/s/ Jason de Bretteville<br>JASON DE BRETTEVILLE

1870 Embarcadero Road
Palo Alto, CA  94303-3308
Telephone:  650/461-5600
650/461-5700 (fax)

SULLIVAN & CROMWELL LLP
ROBERT A. SACKS
1888 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/712-6600
310/712-8800 (fax)

Attorneys for Defendants SoftBank Holdings, Inc., SoftBank Corporation and SoftBank America, Inc.

STIPULATION AND [PROPOSED] ORDER STAYING CASE UNTIL COMPLETION
OF MEDIATION - C-04-4908-JW(PVT)                                            - 3 -

1    I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this
2    Stipulation and [Proposed] Order Regarding Class Certification Briefing Schedule.  In compliance
3    with General Order No. 45, X.B., I hereby attest that Bahram Seyedin-Noor and Jason de Bretteville
4    have concurred in this filing.

                                                            /s/ Christopher P. Seefer
                                                         CHRISTOPHER P. SEEFER

                                            *       *       *

                                              **O R D E R**

     PURSUANT TO STIPULATION, IT IS SO ORDERED **AS MODIFIED.**
     **This is the parties' final continuance.**

     DATED:  July 1, 2009                    _____
                                             THE HONORABLE JAMES WARE
                                             UNITED STATES DISTRICT JUDGE

     S:\casesSD\uTStarcom 04\STP00059965.doc