COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
SHIRLEY H. HUANG (206854)
DANIEL J. PFEFFERBAUM (248631)
PHILLIP G. FREEMON (242062)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
cseefer@csgrr.com
shuang@csgrr.com
dpfefferbaum@csgrr.com
gfreemon@csgrr.com

Lead Counsel for Plaintiffs

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | ) Master File No. C-04-4908-JW(PVT) <br> ) <br> ) <u>CLASS ACTION</u> <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) NOTICE OF WITHDRAWAL OF <br> ) GENNADIY SHERMAN AS A NAMED <br> ) PLAINTIFF <br> ) |

1    PLEASE TAKE NOTICE that Gennadiy Sherman ("Sherman") hereby withdraws as a
2 named plaintiff in this action.
3    Pursuant to the Court's March 1, 2006 Order Granting Plaintiffs' Motion for Leave to File
4 Second Amended Complaint (Docket No. 118), Sherman was added as one of the two named
5 plaintiffs in the Second Amended Complaint. Sherman, however, has not provided his counsel with
6 the information requested in defendants' discovery requests. Sherman's withdrawal does not affect
7 the outcome of plaintiffs' motion for class certification, filed concurrently herewith, as the proposed
8 class representatives, Locals 302 and 612 of the International Union of Operating Engineers-
9 Employers Construction Industry Retirement Trust, Erwin DeBruycker and Robert Lee Weese can
10 fully and adequately represent the class. Defendants also do not object to the withdrawal of Sherman
11 from this litigation. Accordingly, plaintiffs hereby withdraw Sherman as a named plaintiff, without
12 prejudice to his rights as a member of any class that may be certified in this action.

13 DATED:  October 23, 2009              COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
14                                        CHRISTOPHER P. SEEFER
                                          SHIRLEY H. HUANG
15                                        DANIEL J. PFEFFERBAUM
                                          PHILLIP G. FREEMON

                                                    /s/
                                          SHIRLEY H. HUANG

                                          100 Pine Street, Suite 2600
                                          San Francisco, CA  94111
                                          Telephone:  415/288-4545
                                          415/288-4534 (fax)

                                          Lead Counsel for Plaintiffs

S:\CasesSD\UTStarcom 04\NOT00062507.doc

NOTICE OF WITHDRAWAL OF GENNADIY SHERMAN AS A NAMED PLAINTIFF - C-04-4908-JW(PVT)                                                                                                 - 1 -