1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
   CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
3  BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
   L. DAVID NEFOUSE, State Bar No. 243417 (dnefouse@wsgr.com)
4  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100

7  Attorneys for Defendants
   UTSTARCOM, INC., HONG LIANG LU,
8  MICHAEL J. SOPHIE, YING WU and THOMAS J. TOY

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE UTSTARCOM, INC. SECURITIES LITIGATION | Master File No. C-04-4908-JW(PVT) |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |
| This Document Relates to: | |
| ALL ACTIONS. | |

STIPULATION AND [PROPOSED] ORDER RE
CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. C-04-4908-JW(PVT)

WHEREAS, on July 1, 2009, this Court entered an Order Staying Case Until Completion of Mediation that, *inter alia*, required plaintiffs to file their Motion for Class Certification on October 23, 2009; required defendants to file their oppositions to class certification on November 20, 2009; required plaintiffs to file their reply in support of class certification on December 18, 2009; and set the class certification hearing for January 25, 2010 at 9:00 a.m.;

WHEREAS, on September 14, 2009, the parties engaged in mediation before the Honorable Edward A. Infante;

WHEREAS, on October 23, 2009, plaintiffs filed their Motion for Class Certification; and

WHEREAS, the parties wish to continue negotiations in an effort to settle this case;

NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's approval:

1. Defendants shall file and serve their oppositions to plaintiffs' Motion for Class Certification on December 18, 2009;

2. Plaintiffs shall file and serve their reply in support of their Motion for Class Certification on January 22, 2010; and

3. The hearing on plaintiffs' Motion for Class Certification shall be on **February 22, 2010 at 9 a.m.**

IT IS SO STIPULATED.

Dated:  November 12, 2009                           WILSON SONSINI GOODRICH & ROSATI
                                                                               Professional Corporation


                                                                               By: /s/  BRYAN J. KETROSER
                                                                                      BRYAN J. KETROSER

                                                                               Attorneys for Defendants
                                                                               UTSTARCOM, INC., HONG LIANG LU,
                                                                               MICHAEL J. SOPHIE, YING WU, THOMAS
                                                                               J. TOY

| | |
|---|---|
| Dated: November 12, 2009 | SULLIVAN & CROMWELL LLP |

By: /s/ JASON DE BRETTEVILLE
     JASON DE BRETTEVILLE

Attorneys for Defendants
SOFTBANK HOLDINGS, INC.
SOFTBANK AMERICA, INC. AND
SOFTBANK CORPORATION

| | |
|---|---|
| Dated: November 12, 2009 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

By: /s/ CHRIS SEEFER
     CHRIS SEEFER

Attorneys for Plaintiffs

### **ORDER**

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: November 17, 2009

The Honorable James Ware
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. C-04-4908-JW(PVT)

-2-