1   TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
    BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2   BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
    NICOLE HEALY, State Bar No. 157417 (nhealy@wsgr.com)
3   CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
    BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
4   WILSON SONSINI GOODRICH & ROSATI
    650 Page Mill Road
5   Palo Alto, CA 94304-1050
    Telephone:  (650) 493-9300
6   Facsimile:   (650) 565-5100

7   Attorneys for Defendants
    UTSTARCOM, INC., HONG LIANG LU,
8   MICHAEL J. SOPHIE, YING WU and THOMAS J. TOY

9

*IT IS SO ORDERED AS MODIFIED*

*James Ware*

Judge James Ware

12/18/2009

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14   IN RE UTSTARCOM, INC.                    )   Master File No. C-04-4908-JW(PVT)
     SECURITIES LITIGATION                    )
15                                            )   **STIPULATION AND [PROPOSED]**
                                              )   **ORDER STAYING CLASS**
16   _____        )   **CERTIFICATION BRIEFING**
                                              )
17   This Document Relates to:                )
                                              )
18   ALL ACTIONS.                             )
                                              )
19                                            )
                                              )
20                                            )
                                              )
21   _____        )

22

23

24

25

26

27

28

1    WHEREAS, on October 23, 2009, plaintiffs filed their Motion for Class Certification;

2    WHEREAS, defendants have taken the depositions of the three parties whom plaintiffs

3    have proffered to serve as class representatives, and have served a deposition subpoena on

4    Gennadiy Sherman, previously a named plaintiff in plaintiffs' Fourth Amended Complaint, but

5    plaintiffs dispute whether the deposition of Mr. Sherman should go forward;

6    WHEREAS, on November 17, 2009, this Court entered an Order that requires defendants

7    to file their oppositions to plaintiffs' Motion for Class Certification on December 18, 2009;

8    requires plaintiffs to file their reply in support of their Motion for Class Certification on January

9    22, 2010; and sets the class certification hearing for February 22, 2010 at 9:00 a.m.;

10   WHEREAS, the parties have resumed their settlement negotiations in a good faith effort

11   to resolve the action, are actively working with their mediator, the Honorable Edward A. Infante,

12   to assist in those efforts, and anticipate the settlement negotiations to continue through the end of

13   this year and at least into January 2010; and

14   WHEREAS, the parties have met and conferred and agreed, subject to the Court's

15   approval, that it would be in the best interests of the parties to continue to discuss possible

16   resolution prior to devoting substantial resources to continue class certification briefing,

17   including expert submissions related to the motion;

18   NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's

19   approval, the parties' briefing on plaintiffs' Motion for Class Certification is STAYED pending

20   the outcome of the aforementioned settlement negotiations.  The parties will submit an update to

21   the Court no later than February 16, 2010 on the status of the settlement negotiations, or propose

22   a schedule for the remaining briefing on plaintiffs' class certification motion.

23   IT IS SO STIPULATED.

24

25

26

27

28

STIPULATION  AND [PROPOSED] ORDER STAYING          -1-
CLASS CERTIFICATION BRIEFING
CASE NO. C-04-4908-JW(PVT)

1

Dated: December 15, 2009

2

3

4

5

6

7

8

9

10

11

12

Dated: December 15, 2009

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
TERRY T. JOHNSON
BORIS FELDMAN
BAHRAM SEYEDIN-NOOR
NICOLE HEALY
CHERYL W. FOUNG
BRYAN J. KETROSER


By: /s/  Bryan J. Ketroser
           BRYAN J. KETROSER

650 Page Mill Road
Palo Alto, CA  94304
Telephone:  650-493-9300
Fax:  650-493-6811

Attorneys for Defendants UTStarcom, Inc.,
Hong Liang Lu, Michael J. Sophie, Ying Wu,
and Thomas J. Toy.

SULLIVAN & CROMWELL LLP
JASON DE BRETTEVILLE
R. JEREMY ADAMSON


By: /s/  R. Jeremey Adamson
           R. JEREMY ADAMSON

1870 Embarcadero Road
Palo Alto, CA  94303
Telephone:  650-461-5600
Fax:  650-461-5700

SULLIVAN & CROMWELL LLP
ROBERT A. SACKS
1888 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310-712-6600
Fax:  310-712-8800

Attorneys for Defendants SoftBank Holdings,
Inc., SoftBank Corporation, and SoftBank
America, Inc.

Attorneys for Defendants
SOFTBANK HOLDINGS, INC.
SOFTBANK AMERICA, INC. AND
SOFTBANK CORPORATION

STIPULATION  AND [PROPOSED] ORDER STAYING          -2-
CLASS CERTIFICATION BRIEFING
CASE NO. C-04-4908-JW(PVT)

1   Dated:  December 15, 2009

         COUGHLIN STOIA GELLER RUDMAN &
2             ROBBINS LLP
         SHAWN A. WILLIAMS
         SHIRLEY H. HUANG
3          DANIEL J. PFEFFERBAUM
         PHILLIP G. FREEMON

4

5

         By: /s/  Shirley H. Huang
6               SHIRLEY H. HUANG

7          100 Pine Street, Suite 2600
         San Francisco, CA  94111
8          Telephone:  415-288-4545
         Fax:  415-288-4534
9

         Lead Counsel for Plaintiffs
10

11

12

13                            **<u>ORDER</u>**

14        PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

15 ORDERED that the briefing on plaintiffs' Motion for Class Certification is STAYED pending

16 the parties' settlement negotiations.  The parties will submit an update to the Court no later than

17 **February 12, 2010** on the status of the settlement negotiations, or propose a schedule for the

18 remaining briefing on plaintiffs' class certification motion.

19 The Court sets a further case management conference on **February 2010 at 10:00 AM.**

20

21 Dated:   December 18, 2009                                         
         The Honorable James Ware
22          United States District Court Judge

23

24

25

26

27

28

1      I, Bryan J. Ketroser, am the ECF User whose identification and password are being used

2   to file the Stipulation and [Proposed] Order Staying Class Certification Briefing.  I hereby attest

3   that R. Jeremy Adamson and Shirley H. Huang have concurred in this filing.

4

5   Dated:  December 15, 2009              WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
6

7                                           By: /s/Bryan J. Ketroser
                                                 BRYAN J. KETROSER
8
                                            Attorneys for Defendants
9                                           UTSTARCOM, INC., HONG LIANG LU,
                                            MICHAEL J. SOPHIE, YING WU, THOMAS J.
10                                          TOY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28