COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
SHIRLEY H. HUANG (206854)
DANIEL J. PFEFFERBAUM (248631)
PHILLIP G. FREEMON (242062)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
cseefer@csgrr.com
shuang@csgrr.com
dpfefferbaum@csgrr.com
gfreemon@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge James Ware
1/20/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | Master File No. C-04-4908-JW(PVT) |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF WITHDRAWAL |
| ALL ACTIONS. | |

Please take notice that Christopher P. Seefer is withdrawing as counsel for plaintiffs. Mr. Seefer is taking a temporary leave of absence from Coughlin Stoia Geller Rudman & Robbins LLP to join the Financial Crisis Inquiry Commission in Washington, D.C.

DATED: December 4, 2009

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
SHIRLEY H. HUANG
DANIEL J. PFEFFERBAUM
PHILLIP G. FREEMON

s/ Christopher P. Seefer
CHRISTOPHER P. SEEFER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\casesSD\uTStarcom 04\NOT00063439.doc

CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 4, 2009.

/s/
CHRISTOPHER P. SEEFER

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:chriss@csgrr.com