*DENIED*

/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | Master File No. C-04-4908-JW(PVT)<br><br>CLASS ACTION<br><br>**ORDER DENYING STIPULATION TO MODIFY THE FEBRUARY 17, 2010 SCHEDULING ORDER** |

 Presently before the Court is the parties' Stipulation to modify the Court's February 17, 2010 Scheduling Order.  (Docket Item No. 416.)  Upon review of the parties' proposal, the Court does not find good cause to extend this case beyond the 2010 deadlines set in its February 17 Order.  The parties' proposal would take this 2004 case to the spring of 2011 before any dispositive Motion is served up for consideration.

 In addition, on May 12, 2010, the Court granted Plaintiffs' Motion for Class certification and ordered the parties to submit a Joint Proposal for class notice and dissemination by May 28, 2010.  (Docket Item No. 397.)  To date, no such proposal has been filed by the parties.  Accordingly, on or before **August 2, 2010**, the parties shall comply with the Court's May 12 Order and file the required Joint Proposed form of class notice as well as a proposal for dissemination of such notices.  Failure to comply may warrant sanctions for both parties.

Dated:  July 26, 2010

           /s/ James Ware
           JAMES WARE
           United States District Judge