1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | ) ) ) Master File No. C-04-4908-JW(PVT) |
| | ) CLASS ACTION |
| This Document Relates To: | ) ) STIPULATION AND [~~PROPOSED~~] ORDER APPROVING FORM AND MANNER OF NOTICE |
| ALL ACTIONS. | ) ) ) |

573454_1

1 WHEREAS, on May 12, 2010 the United States District Court for the Northern District of California certified a Class of all persons or entities who purchased or otherwise acquired UTStarcom, Inc. ("UTStarcom") securities between February 21, 2003 and July 23, 2007, inclusive, and who did not sell such acquired securities before October 23, 2003 and who were damaged, as defined in the Notice of Pendency of Class Action;

WHEREAS, UTStarcom has previously provided the transfer records for all persons or entities who purchased or otherwise acquired UTStarcom publicly traded securities between February 21, 2003 and July 23, 2007 to Gilardi & Co. LLC in connection with the pending partial settlement that if finally approved, would resolve all of plaintiffs' claims against the UTStarcom defendants;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court approves, as to form and content, the Notice of Pendency of Class Action (the "Notice") and the Summary Notice from the United States District Court for the Northern District of California ("Summary Notice") annexed as Exhibits 1 and 2 hereto, and finds that the mailing and distribution of the Notice and the publishing of the Summary Notice substantially, in the manner and form set forth in paragraphs 2 and 3 of this Order, meet the requirements of Fed. R. Civ. P. 23 and due process, and are the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

2. The firm of Gilardi & Co. LLC ("Claims Administrator") is hereby appointed to supervise and administer the notice procedure set forth below:

(a) Not later than August 16, 2010, lead counsel shall cause a copy of the Notice substantially in the form annexed as Exhibit 1 hereto, to be mailed by first class mail to all Class members who can be identified with reasonable effort;

(b) Not later than August 23, 2010, lead counsel shall cause the Summary Notice to be published once in *Investor's Business Daily.*

3. Nominees who purchased or acquired the publicly traded securities of UTStarcom for the beneficial ownership of Class members during the Class Period shall send the Notice to all beneficial owners of such UTStarcom securities within ten (10) days after receipt thereof, or if they

1  have not already done so in connection with the Notice of Pendency and Proposed Settlement of
2  Class Action dated May 13, 2010 previously sent in connection with the proposed settlement with
3  the UTStarcom defendants, send a list of the names and addresses of such beneficial owners to the
4  Claims Administrator within ten (10) days of receipt thereof, in which event the Claims
5  Administrator shall promptly mail the Notice to such beneficial owners.  Lead counsel shall, if
6  requested, reimburse banks, brokerage houses or other nominees solely for their reasonable out-of-
7  pocket expenses incurred in providing Notice to beneficial owners who are Class members, which
8  expenses would not have been incurred except for the sending of such Notice, subject to further
9  order of this Court with respect to any dispute concerning such compensation.

10         4.      Any person falling within the definition of the Class may, upon request, be excluded
11 from the Class.  Any such person must submit to the Claims Administrator a request for exclusion
12 ("Request for Exclusion"), postmarked no later than October 7, 2010.  A Request for Exclusion must
13 state: (a) the full name and address of the person requesting exclusion; (b) that the person wishes to
14 be excluded from the Class; and (c) be signed.  All persons who submit valid and timely Requests
15 for Exclusion in the manner set forth in this paragraph shall not be bound by any judgment entered in
16 this litigation.

17         5.      Nothing in this stipulation and order or in the notices to be distributed pursuant to this
18 stipulation and order shall be deemed a waiver of any of the SoftBank defendants' objections to
19 certification of the Class.

20         IT IS SO STIPULATED by and between counsel.

21 DATED:  July 29, 2010                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
22                                          SHAWN A. WILLIAMS
                                            SHIRLEY H. HUANG
23                                          DANIEL J. PFEFFERBAUM
                                            PHILLIP G. FREEMON
24

25
                                                    s/ Shawn A. Williams
26                                          SHAWN A. WILLIAMS

27                                          100 Pine Street, Suite 2600
                                            San Francisco, CA  94111
28                                          Telephone:  415/288-4545

573454_1  STIPULATION & [PROPOSED] ORDER APPROVING FORM & MANNER OF NOTICE –
          C-04-4908-JW(PVT)                                                            - 2 -

|  |  |
|---|---|
| | 415/288-4534 (fax) |
| | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>JOHN J. RICE<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) |
| | Lead Counsel for Plaintiffs |
| DATED:  July 29, 2010 | SULLIVAN & CROMWELL LLP<br>ROBERT A. SACKS<br>JASON DE BRETTEVILLE<br>R. JEREMY ADAMSON |

                                                   s/ Robert A. Sacks
                                                     ROBERT A. SACKS

1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  650/461-5682
650/461-5754 (fax)

Attorneys for Defendants SoftBank America, Inc., SoftBank Holdings, Inc., and SoftBank Corporation

    I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Approving Form and Manner of Notice.  In compliance with General Order 45, X.B., I hereby attest that Robert A. Sacks has concurred in this filing.

                                                   s/ Shawn A. Williams
                                                  SHAWN A. WILLIAMS

                                          *      *      *

**O R D E R**

IT IS SO ORDERED.

DATED:  August 9, 2010                              /s/ James Ware
                                                          THE HONORABLE JAMES WARE
                                                          UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 29, 2010.

    s/ Shawn A. Williams
SHAWN A. WILLLIAMS
ROBBINS GELLER RUDMAN
    & DOWD LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@rgrdlaw.com

**Mailing Information for a Case 5:04-cv-04908-JW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephanie L. Dieringer**
  sldieringer@hulettharper.com,office@hulettharper.com

- **Kimberly C. Epstein**
  e_file_sf@csgrr.com,mariam@lerachlaw.com,e_file_sf@lerachlaw.com

- **Cheryl Weisbard Foung**
  cfoung@wsgr.com,bhickman@wsgr.com

- **Marvin L. Frank**
  mfrank@murrayfrank.com,info@murrayfrank.com

- **Gregory Phillip Freemon**
  GFreemon@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Philip Howard Gordon**
  pgordon@gordonlawoffices.com,tmurphy@gordonlawoffices.com

- **Nicole M. Healy**
  nhealy@wsgr.com,llow@wsgr.com

- **Sverker Kristoffer Hogberg**
  hogbergs@sullcrom.com,herediak@sullcrom.com,singhl@sullcrom.com

- **Shirley H. Huang**
  shirleyh@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,JRice@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Terry T. Johnson**
  tjohnson@wsgr.com,calendar@wsgr.com,lkerska@wsgr.com,mevenson@wsgr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com,electroniccasefiling@labaton.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Elizabeth Pei Lin**
  elin@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Dale MacDiarmid**
  info@glancylaw.com

- **Louis David Nefouse**
  dnefouse@wsgr.com,lbeltran@wsgr.com

- **Keith F. Park**
  keithp@rgrdlaw.com,karnold@rgrdlaw.com,jstark@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,gfreemon@rgrdlaw.com,nrogers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com,arivas@finkestienthompson.com,srenwick@finkelsteinthompson.com,rrivas@finkelsteinthompson.com,ttien@finkelsteinthomps

- **Rachele R. Rickert**
  rickert@whafh.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Robert Andrew Sacks**
  sacksr@sullcrom.com

- **Bahram Seyedin-Noor**
  bnoor@wsgr.com,rlustan@wsgr.com

- **Sylvia Sum**
  SSum@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Elizabeth K Tripodi**
  ekt@ftllaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,travisd@rgrdlaw.com,cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Jason de Bretteville**
  debrettevillej@sullcrom.com,adamsonrj@sullcrom.com,hogbergs@sullcrom.com,thornj@sullcrom.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sam Brott
550 West C Street
San Diego, CA 92101

Paul T. Curley
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016

Boris Feldman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
```