Robert A. Sacks (SBN 150146) (sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Jason de Bretteville (SBN 195069) (debrettevillej@sullcrom.com)
Sverker K. Hogberg (SBN 244640) (hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Attorneys for Defendants SOFTBANK HOLDINGS, INC.
SOFTBANK AMERICA, INC. and SOFTBANK CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UTSTARCOM, INC. SECURITIES LITIGATION<br><br>This Document relates to:<br>ALL ACTIONS | Master File No.  C-04-4908-JW (PVT)<br><br>Stipulation and [PROPOSED] ORDER Modifying the February 17, 2010 Scheduling Order re: EXPERT DISCOVERY |

Pursuant to Civil L.R. 7-12, the parties hereby stipulate as follows:

WHEREAS, pursuant to the Court's February 17, 2010 Scheduling Order (the "Scheduling Order"), the close of all discovery, including expert and fact discovery, is currently set for October 15, 2010;

WHEREAS, the parties have diligently pursued discovery, including propounding and responding to several sets of documents requests, interrogatories and requests for admission, and continue to move forward with discovery;

1  WHEREAS, the Court has made clear that it wishes to maintain the current date for hearing dispositive motions;

3  WHEREAS, the parties believe that, except for the deposition of Mr. Hong Liang Lu, October 15, 2010 is a reasonable deadline for the completion of fact discovery given the scope of discovery and the international aspects of this case;

6  WHEREAS, counsel for Mr. Lu, the SoftBank defendants and plaintiffs have met and conferred extensively concerning the scheduling of Mr. Lu's deposition given that he now resides in China, and cannot make himself available for a deposition in San Francisco on a date or dates when counsel for plaintiffs are available until the week of October 25, 2010;

10  WHEREAS, under the Scheduling Order, the disclosure of expert witnesses is due August 13, 2010, the disclosure of rebuttal expert witnesses is due August 27, 2010, and motions to exclude expert testimony are due August 30, 2010;

13  WHEREAS, after taking the Court's July 26, 2010 Order into consideration, the parties have met and conferred and have agreed to respectfully seek modification of the Scheduling Order for the limited purposes of allowing for a brief continuation of discovery with respect to the deposition of Mr. Hong Lu and a modification to the schedule for disclosure of expert witnesses;

17  WHEREAS, the proposed modifications do not otherwise alter the discovery cut-off date, the date for filing dispositive motions, or the hearing of dispositive motions as originally set forth in the Scheduling Order.

20  IT IS THEREFORE STIPULATED by the undersigned, subject to the Court's approval, that the Scheduling Order be modified as follows:

| | |
|---|---|
| August 30, 2010 | Hearing on Final Approval of Partial Settlement 10:00 a.m. (unchanged) |
| September 10, 2010 | Preliminary Pretrial Conference Statements due (unchanged); Expert Witness Disclosures and Reports due |
| September 20, 2010 | Prelim. Pretrial Conf. at 11:00 a.m. (unchanged) |
| September 24, 2010 | Rebuttal Expert Witness Disclosures and Reports due |

| | |
|---|---|
| September 27, 2010 to October 15, 2010 | Depositions of Expert Witnesses |
| October 15, 2010 | Close of Discovery (unchanged except for deposition of Hong Liang Lu) |
| November 8, 2010 | Motions for Summary Judgment due (unchanged) and Motions to Exclude Expert Testimony due |
| November 22, 2010 | Oppositions to Motions for Summary Judgment due (unchanged) and Oppositions to Motions to Exclude Expert Testimony due |
| November 29, 2010 | Reply Briefs in Support of Motions for Summary Judgment due (unchanged) and Reply Briefs in Support of Motions to Exclude Expert Testimony due |
| December 13, 2010 | Hearing for dispositive motions (Motions for Summary Judgment) (unchanged) and hearing for Motions to Exclude Expert Testimony |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 2, 2010

/s Jason de Bretteville
Jason de Bretteville (SBN 195069)
Sverker K. Hogberg (SBN 244640)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Robert A. Sacks (SBN 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Attorneys for Softbank Holdings, Inc.
Softbank America, Inc. and
Softbank Corporation

Dated: August 2, 2010

/s Shirley Huang
Shawn A. Williams
Shirley Huang
Daniel J. Pfefferbaum

Phillip G. Freemon
ROBBINS GELLER RUDMAN &
DOWD LLP
100 Pine Street, Suite 2600
San Francisco, California 94111
Telephone:   (415) 288-4545
Facsimile:    (415) 288-4534

John J. Rice
ROBBINS GELLER RUDMAN &
DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone:   (619) 231-1058
Facsimile:    (619) 231-7423

Lead Counsel for Plaintiffs

I, **Jason de Bretteville**, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Modifying the February 17, 2010 Scheduling Order.  In compliance with General Order 45, X.B., I hereby attest that Shirley Huang has concurred in this filing.

      /s Jason de Bretteville
**Jason de Bretteville**

\*     \*     \*

O R D E R

Pursuant to the foregoing stipulation, and for good cause appearing, the schedule of the case is as modified follows:

| | |
|---|---|
| August 30, 2010 | Hearing on Final Approval of Partial Settlement 10:00 a.m. (unchanged) |
| September 10, 2010 | Preliminary Pretrial Conference Statements due (unchanged); Expert Witness Disclosures and Reports due |
| September 20, 2010 | Prelim. Pretrial Conf. at 11:00 a.m. (unchanged) |
| September 24, 2010 | Rebuttal Expert Witness Disclosures and Reports due |
| September 27, 2010 to October 15, 2010 | Depositions of Expert Witnesses |
| October 15, 2010 | Close of Discovery (unchanged except for |

| | |
|---|---|
| | deposition of Hong Liang Lu) |
| November 8, 2010 | Motions for Summary Judgment due (unchanged) and Motions to Exclude Expert Testimony due |
| November 22, 2010 | Oppositions to Motions for Summary Judgment due (unchanged) and Oppositions to Motions to Exclude Expert Testimony due |
| November 29, 2010 | Reply Briefs in Support of Motions for Summary Judgment due (unchanged) and Reply Briefs in Support of Motions to Exclude Expert Testimony due |
| December 13, 2010 | Hearing for dispositive motions (Motions for Summary Judgment) (unchanged) and hearing for Motions to Exclude Expert Testimony |

IT IS SO ORDERED.

DATED: August 9, 2010

/s/ James Ware
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE