ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
SHIRLEY H. HUANG (206854)
DANIEL J. PFEFFERBAUM (248631)
PHILLIP G. FREEMON (242062)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
shuang@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
gfreemon@rgrdlaw.com
       – and –
JOHN J. RICE (140865)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jrice@rgrdlaw.com

Lead Counsel for Plaintiffs

IT IS SO ORDERED AS MODIFIED
Judge James Ware
9/14/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | ) Master File No. C-04-4908-JW(PVT) <br> ) <br> ) CLASS ACTION <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) STIPULATION AND [PROPOSED] ORDER <br> ) REGARDING SETTLEMENT AND CASE <br> ) SCHEDULE STAY <br> ) |

578199_1

1   WHEREAS, plaintiffs and Softbank Holdings, Inc., Softbank America, Inc. and Softbank Corporation (collectively "Softbank Defendants") recently resumed their settlement negotiations in a good faith effort to resolve the action, with the assistance of their mediator, the Honorable Edward A. Infante, and reached an agreement in principle on September 9, 2010;

WHEREAS, counsel for plaintiffs and the Softbank Defendants are currently working together on a stipulation of the settlement to be submitted to the Court no later than October 8, 2010;

WHEREAS, the parties have met and conferred and agreed, subject to the Court's approval, that it would be in the best interests of the parties to immediately stay the case schedule as set forth in the Court's August 8, 2010 Order Modifying the February 17, 2010 Scheduling Order ("August 8, 2010 Order"), while the parties work out settlement issues and submissions;

NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's approval, the case schedule as set forth in the August 8, 2010 Order is STAYED.  The parties will submit a stipulation of the settlement to the Court no later than October 8, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  September 10, 2010	ROBBINS GELLER RUDMAN
	    & DOWD LLP
	SHAWN A. WILLIAMS
	SHIRLEY H. HUANG
	DANIEL J. PFEFFERBAUM
	PHILLIP G. FREEMON


	           s/ Shirley H. Huang
	         SHIRLEY H. HUANG

	Post Montgomery Center
	One Montgomery Street, Suite 1800
	San Francisco, CA  94104
	Telephone:  415/288-4545
	415/288-4534 (fax)

	ROBBINS GELLER RUDMAN
	    & DOWD LLP
	JOHN J. RICE
	655 West Broadway, Suite 1900
	San Diego, CA  92101
	Telephone:  619/231-1058
	619/231-7423 (fax)

	Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: September 10, 2010 | SULLIVAN & CROMWELL LLP<br>JASON DE BRETTEVILLE |

                                                                                     s/ Jason de Bretteville
                                                                                     JASON DE BRETTEVILLE

1870 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650/461-5600
650/461-5700 (fax)

Attorneys for Defendants SoftBank America, Inc., SoftBank Holdings, Inc., and SoftBank Corporation

    I, Shirley H. Huang, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement and Case Schedule Stay. In compliance with General Order 45, X.B., I hereby attest that Jason de Bretteville has concurred in this filing.

                                                   s/ Shirley H. Huang
                                                 SHIRLEY H. HUANG

                                                   *   *   *

### O R D E R

    Pursuant to the foregoing stipulation, and for good cause appearing,

    IT IS SO ORDERED.

The Court sets a Status Conference for **October 18, 2010 at 10:00 AM.** On or before **October 8, 2010** the parties shall file a joint status statement or a statement with respect to the settlement.

Dated: September 14, 2010                                                             *James Ware*
                                                                                       United States District Judge

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |

2  I hereby certify that on September 10, 2010, I authorized the electronic filing of the foregoing
3  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to
4  the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I
5  caused to be mailed the foregoing document or paper via the United States Postal Service to the non-
6  CM/ECF participants indicated on the attached Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct. Executed on September 10, 2010.

```
                                   s/ Shirley H. Huang
                                  SHIRLEY H. HUANG
                                  ROBBINS GELLER RUDMAN
                                        & DOWD LLP
                                  Post Montgomery Center
                                  One Montgomery Street, Suite 1800
                                  San Francisco, CA  94104
                                  Telephone:  415/288-4545
                                  415/288-4534 (fax)
                                  E-mail:shuang@rgrdlaw.com
```

578199_1

**Mailing Information for a Case 5:04-cv-04908-JW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephanie L. Dieringer**
  sldieringer@hulettharper.com,office@hulettharper.com

- **Kimberly C. Epstein**
  e_file_sf@csgrr.com,mariam@lerachlaw.com,e_file_sf@lerachlaw.com

- **Cheryl Weisbard Foung**
  cfoung@wsgr.com,bhickman@wsgr.com

- **Marvin L. Frank**
  mfrank@murrayfrank.com,info@murrayfrank.com

- **Gregory Phillip Freemon**
  GFreemon@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Philip Howard Gordon**
  pgordon@gordonlawoffices.com,tmurphy@gordonlawoffices.com

- **Nicole M. Healy**
  nhealy@wsgr.com,llow@wsgr.com

- **Sverker Kristoffer Hogberg**
  hogbergs@sullcrom.com,herediak@sullcrom.com,singhl@sullcrom.com

- **Shirley H. Huang**
  shirleyh@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,JRice@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Terry T. Johnson**
  tjohnson@wsgr.com,calendar@wsgr.com,lkerska@wsgr.com,mevenson@wsgr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com,electroniccasefiling@labaton.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Elizabeth Pei Lin**
  elin@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Dale MacDiarmid**
  info@glancylaw.com

- **Louis David Nefouse**
  dnefouse@wsgr.com,lbeltran@wsgr.com

- **Keith F. Park**
  keithp@rgrdlaw.com,karnold@rgrdlaw.com,jstark@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,gfreemon@rgrdlaw.com,nrogers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com,arivas@finkestienthompson.com,srenwick@finkelsteinthompson.com,rrivas@finkelsteinthompson.com,ttien@finkelsteinthomps

- **Rachele R. Rickert**
  rickert@whafh.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Robert Andrew Sacks**
  sacksr@sullcrom.com

- **Bahram Seyedin-Noor**
  bnoor@wsgr.com,rlustan@wsgr.com

- **Sylvia Sum**
  SSum@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Elizabeth K Tripodi**
  ekt@ftllaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,travisd@rgrdlaw.com,cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Jason de Bretteville**
  debrettevillej@sullcrom.com,mccauleyr@sullcrom.com,hogbergs@sullcrom.com,thornj@sullcrom.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sam Brott
550 West C Street
San Diego, CA 92101

Paul T. Curley
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016

Boris Feldman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

S. A. Siddiqui
Siddiqui Legal Enterprise
P.O. Box 442067
Jacksonville, FL
```