1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | ) ) ) | Master File No. C-04-4908-JW(PVT) |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | REVISED [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL |
| ALL ACTIONS. | ) ) ) | WITH PREJUDICE |

DATE:      February 7, 2011
TIME:       9:00 a.m.
COURTROOM:  The Honorable James Ware

609402_1

1    This matter came before the Court for hearing pursuant to the [Second Revised] Order

2  Preliminarily Approving Settlement and Providing for Notice ("Order") dated November 17, 2010,

3  on the application of the parties for approval of the settlement set forth in the Stipulation of

4  Settlement dated as of September 8, 2010 (the "Stipulation").  Due and adequate notice having been

5  given to the Class as required in said Order, and the Court having considered all papers filed and

6  proceedings had herein and otherwise being fully informed in the premises and good cause

7  appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

8    1.    This Judgment incorporates by reference the definitions in the Stipulation, and all

9  terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set

10  forth herein.

11    2.    This Court has jurisdiction over the subject matter of the Litigation and over all

12  parties to the Litigation, including all Members of the Class.

13    3.    The Court hereby finally certifies a Class defined as:  All Persons who purchased or

14  otherwise acquired UTStarcom securities between February 21, 2003 and July 23, 2007, inclusive,

15  and who did not sell such acquired securities before October 23, 2003, who were damaged.

16  Excluded from the Class are the Defendants and officers and directors of UTStarcom, SoftBank

17  Corporation, SoftBank America, Inc. or SoftBank Holdings, Inc., as well as their families and

18  affiliates.  Also excluded from the Class are those Persons (identified on Exhibit 1 attached hereto)

19  who timely and validly requested exclusion from the Class.

20    4.    Pursuant to Federal Rule of Civil Procedure 23, the Court hereby approves the

21  settlement set forth in the Stipulation and finds that:

22    (a)    said Stipulation is, in all respects, fair, reasonable, and adequate and in the

23  best interest of the Class;

24    (b)    there was no collusion in connection with the Stipulation;

25    (c)    the Stipulation was the product of informed, arm's-length negotiations among

26  competent, able counsel;

27

28

609402_1    REVISED [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE - C-
04-4908-JW(PVT)                                                                          - 1 -

1           (d)     the record is sufficiently developed and complete to have enabled the Lead

2   Plaintiffs and the SoftBank Defendants to have adequately evaluated and considered their positions;

3   and

4           (e)     the Court has reviewed and considered the one objection submitted and

5   overrules the objection in all respects.

6        5.     Accordingly, the Court authorizes and directs implementation and performance of all

7   the terms and provisions of the Stipulation, as well as the terms and provisions hereof.  The Court

8   hereby dismisses the Litigation and all Released Claims of the Class with prejudice as to the

9   SoftBank Defendants, without costs as to any Settling Party, except as and to the extent provided in

10  the Stipulation and herein.

11       6.     Upon the Effective Date, the Plaintiffs shall, and each of the Class Members shall be

12  deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released,

13  relinquished, and discharged all Released Claims against the Released Persons, whether or not such

14  Class Member executes and delivers the Proof of Claim and Release or shares in the Settlement

15  Fund.

16       7.     All Class Members are hereby forever barred and enjoined from prosecuting any of

17  the Released Claims against any of the Released Persons.

18       8.     Upon the Effective Date, each of the Released Persons shall be deemed to have, and

19  by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and

20  discharged each and all of the Plaintiffs, Class Members, and Lead Counsel from all claims

21  (including Unknown Claims) arising out of, relating to, or in connection with the institution,

22  prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.

23  Notwithstanding the foregoing, this Judgment shall not be deemed a waiver or release of, and shall

24  not preclude the Released Persons from asserting, any claims not barred by ¶9 herein, and otherwise

25  permitted by any applicable federal or state statute or common law, against any person or entity,

26  including claims against the UTStarcom Defendants, their present or former officers, directors,

27  partners and employees, either in the form of a cross-claim, counterclaim, third-party complaint, or

28  other form, filed in the Litigation or by a separately-filed action.

REVISED [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE - C-
04-4908-JW(PVT)                        - 2 -

1  9.  To the extent permitted by applicable laws, including Section 21D(f)(7)(A) of the

2  Securities Exchange Act of 1934, codified at 15 U.S.C. §78u-4(f)(7)(A), upon the Effective Date, all

3  Persons are enjoined and barred from commencing or continuing any action against the SoftBank

4  Defendants, seeking, as damages, indemnity, contribution, or otherwise, the recovery of all or part of

5  any liability or settlement which such Persons (i) paid, (ii) were obligated to pay or agreed to pay, or

6  (iii) may become obligated to pay to the Class, as a result of such Persons' liability for or

7  participation in any acts, facts, statements or omissions that were or could have been alleged in the

8  action captioned *In re UTStarcom, Inc. Securities Litigation*.  Any Person whose claims are so

9  barred shall be entitled to appropriate judgment credits or reductions.  Furthermore, notwithstanding

10  the foregoing, nothing in this Judgment shall apply to, bar or otherwise affect any claim for

11  insurance coverage by any SoftBank Defendant.

12  10.  The Notice of Proposed Settlement of Class Action given to the Class was the best

13  notice practicable under the circumstances, including the individual notice to all Members of the

14  Class who could be identified through reasonable effort.  Said notice provided the best notice

15  practicable under the circumstances of those proceedings and of the matters set forth therein,

16  including the proposed settlement set forth in the Stipulation, to all Persons entitled to such notice,

17  and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23 and the

18  requirements of due process.

19  11.  Any plan of allocation submitted by Lead Counsel or any order entered regarding any

20  attorneys' fee and expense application shall in no way disturb or affect this Final Judgment and shall

21  be considered separate from this Final Judgment.

22  12.  Neither the Stipulation nor the settlement contained therein, nor any act performed or

23  document executed pursuant to or in furtherance of the Stipulation or the settlement: (a) is or may be

24  deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim,

25  or of any wrongdoing or liability of the SoftBank Defendants or their respective Related Parties, or

26  (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or

27  omission of any of the SoftBank Defendants or their respective Related Parties in any civil, criminal

28  or administrative proceeding in any court, administrative agency or other tribunal.  The SoftBank

1    Defendants and/or their respective Related Parties may file the Stipulation and/or this Judgment from

2    this action in any other action that may be brought against them in order to support a defense or

3    counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement,

4    judgment bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense or

5    counterclaim.

6         13.    Without affecting the finality of this Judgment in any way, this Court hereby retains

7    continuing jurisdiction over: (a) implementation of this settlement and any award or distribution of

8    the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund;

9    (c) hearing and determining applications for attorneys' fees, interest, and expenses in the Litigation;

10   and (d) all parties hereto for the purpose of construing, enforcing, and administering the Stipulation.

11        14.    After all other provisions of ¶5.6 of the Stipulation of Settlement dated as of January

12   13, 2010 (Doc. No. 358) and the Stipulation of Settlement dated as of September 8, 2010 (Doc. No.

13   445) have been performed, any remaining funds shall be donated to The Silicon Valley Campaign

14   for Legal Services.

15        15.    The Court finds that during the course of the Litigation, the Settling Parties and their

16   respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure

17   11.

18        16.    In the event that the settlement does not become effective in accordance with the

19   terms of the Stipulation, or the Effective Date does not occur, or in the event that the Settlement

20   Fund, or any portion thereof, is returned to the SoftBank Defendants or their insurers, then this

21   Judgment shall be rendered null and void to the extent provided by and in accordance with the

22   Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in

23   connection herewith shall be null and void to the extent provided by and in accordance with the

24   Stipulation.

25

26

27

28

1    17.    Without further order of the Court, the Settling Parties may agree to reasonable

2   extensions of time to carry out any of the provisions of the Stipulation.

3        IT IS SO ORDERED.

4

5   DATED:   February 17, 2011    _____
                                    THE HONORABLE JAMES WARE
6                                   UNITED STATES DISTRICT CHIEF JUDGE

7   Submitted by:

8   ROBBINS GELLER RUDMAN
      & DOWD LLP
    SHAWN A. WILLIAMS
9   DANIEL J. PFEFFERBAUM
    Post Montgomery Center
10  One Montgomery Street, Suite 1800
    San Francisco, CA  94104
11  Telephone: 415/288-4545
    415/288-4534 (fax)
12
    ROBBINS GELLER RUDMAN
13    & DOWD LLP
    KEITH F. PARK
14  JOHN J. RICE

15

16  _____
            s/ Keith F. Park
17          KEITH F. PARK

18  655 West Broadway, Suite 1900
    San Diego, CA  92101
    Telephone: 619/231-1058
19  619/231-7423 (fax)

20  Lead Counsel for Plaintiffs

21

22

23

24

25

26

27

28

609402_1

REVISED [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE - C-
04-4908-JW(PVT)                                                              - 5 -

EXHIBIT 1

**IN RE UTSTARCOM SECURITIES LITIGATION - REQUESTS FOR EXCLUSION**
**EXHIBIT 1 TO FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**

| FIRST NAME | LAST NAME | OPT OUT NUMBER | DATE RECEIVED |
|---|---|---|---|
| NICKOLAOS | CHRISTIDIS | UTSCOM-EXCL00001 | 08/19/10 |
| RENEE | ANDRES-NGUYEN | UTSCOM-EXCL00002 | 08/19/10 |
| NAM THANH | NGUYEN | UTSCOM-EXCL00003 | 08/19/10 |
| DONALD | DRAEGER | UTSCOM-EXCL00004 | 08/24/10 |
| PETER D. | COOK | UTSCOM-EXCL00005 | 08/24/10 |
| ROBERT MICHAEL AND SUSAN DIANNE | PILOT | UTSCOM-EXCL00006 | 08/24/10 |
| JOHN CARL | KNIGHT | UTSCOM-EXCL00007 | 08/24/10 |
| TERENCE L. | DRAKE | UTSCOM-EXCL00008 | 08/24/10 |
| BESSIE | OCHSNER | UTSCOM-EXCL00009 | 08/27/10 |
| DAVID J. | LAUGHLIN | UTSCOM-EXCL00010 | 08/27/10 |
| THOMAS L. AND F. DORETHEA | SCOBEY | UTSCOM-EXCL00011 | 09/01/10 |
| CAROLYN V. | COE | UTSCOM-EXCL00012 | 09/02/10 |
| CLIFFORD P. | SORENSEN | UTSCOM-EXCL00013 | 09/02/10 |
| JANIE L. | SORENSEN | UTSCOM-EXCL00014 | 09/02/10 |
| KAREN L. | STEVENS | UTSCOM-EXCL00015 | 09/09/10 |
| DOUGLAS W. | STEELE | UTSCOM-EXCL00016 | 09/09/10 |
| S.A. | SIDDIQUI | UTSCOM-EXCL00017 | 09/09/10 |
| HARLEY W. | HOPKINS JR. | UTSCOM-EXCL00018 | 09/10/10 |
| E.    .L. | PARRIS | UTSCOM-EXCL00019 | 09/10/10 |
| CONSTANTINE | CATSAMBIS | UTSCOM-EXCL00020 | 09/13/10 |
| FRANCIS J. | SHANNON | UTSCOM-EXCL00021 | 09/13/10 |
| STEVEN WALTER | BENSON | UTSCOM-EXCL00022 | 09/17/10 |
| MARIAN (AND LEE A. BARBER) | PETRON | UTSCOM-EXCL00023 | 09/17/10 |
| VICTOR N. AND LORRAINE M. | BRENK | UTSCOM-EXCL00024 | 09/20/10 |
| VICTOR N. AND LORRAINE M. | BRENK | UTSCOM-EXCL00025 | 09/20/10 |
| CHARLES FRANK | SEAY III | UTSCOM-EXCL00026 | 09/28/10 |
| CHARLOTTE | KILPATRICK | UTSCOM-EXCL00027 | 09/28/10 |
| JAY Y. | CHERNER | UTSCOM-EXCL00028 | 09/28/10 |
| JOHN W. AND LILIAN O. | BRADEN (CO-TRUSTEES) | UTSCOM-EXCL00029 | 09/28/10 |
| JOHN W. | BRADEN JR. | UTSCOM-EXCL00030 | 09/28/10 |
| LILIAN O. | BRADEN | UTSCOM-EXCL00031 | 09/28/10 |
| PATRICIA I. | LEATHERS | UTSCOM-EXCL00032 | 09/28/10 |
| NORMA LOUISE | ROSE | UTSCOM-EXCL00033 | 09/28/10 |
| SALLY A. | WOODLEY | UTSCOM-EXCL00034 | 10/04/10 |
| PHILLIP F. | REIMERS | UTSCOM-EXCL00035 | 10/04/10 |
| CHARLES W. | MILLS | UTSCOM-EXCL00036 | 10/07/10 |
| VINCENT W. | ALLEN | UTSCOM-EXCL00037 | 10/08/10 |

# Exhibit 1

1

<u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on February 16, 2011, I authorized the electronic filing of the foregoing

3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4 the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5 caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6 CM/ECF participants indicated on the attached Manual Notice List.

7    I further certify that I caused this document to be forwarded to the following Designated

8 Internet Site at:  http://securities.stanford.edu.

9    I certify under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct.  Executed on February 16, 2011.

11
                                    s/ Keith F. Park
12                                  KEITH F. PARK

13                                  ROBBINS GELLER RUDMAN
                                        & DOWD LLP
14                                  655 West Broadway, Suite 1900
                                    San Diego, CA  92101-3301
15                                  Telephone:  619/231-1058
                                    619/231-7423 (fax)
16
                                    E-mail: KeithP@rgrdlaw.com
17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 5:04-cv-04908-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephanie L. Dieringer**
  sldieringer@hulettharper.com,office@hulettharper.com

- **Kimberly C. Epstein**
  e_file_sf@csgrr.com,mariam@lerachlaw.com,e_file_sf@lerachlaw.com

- **Cheryl Weisbard Foung**
  cfoung@wsgr.com,bhickman@wsgr.com

- **Marvin L. Frank**
  mfrank@murrayfrank.com,info@murrayfrank.com

- **Gregory Phillip Freemon**
  GFreemon@rgrdlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Philip Howard Gordon**
  pgordon@gordonlawoffices.com,tmurphy@gordonlawoffices.com

- **Nicole M. Healy**
  nhealy@wsgr.com,llow@wsgr.com

- **Sverker Kristoffer Hogberg**
  hogbergs@sullcrom.com,singhl@sullcrom.com

- **Shirley H. Huang**
  shirleyh@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Terry T. Johnson**
  tjohnson@wsgr.com,calendar@wsgr.com,lkerska@wsgr.com,mevenson@wsgr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com,electroniccasefiling@labaton.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Elizabeth Pei Lin**
  elin@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Dale MacDiarmid**
  info@glancylaw.com

- **Louis David Nefouse**
  dnefouse@wsgr.com,lbeltran@wsgr.com

- **Keith F. Park**
  keithp@rgrdlaw.com,karnold@rgrdlaw.com,jstark@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com,arivas@finkelstienthompson.com,srenwick@finkelsteinthompson.com,rrivas@finkelsteinthompson.com,ttien@finkelsteinthomps

- **Rachele R. Rickert**
  rickert@whafh.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Robert Andrew Sacks**
  sacksr@sullcrom.com

- **Bahram Seyedin-Noor**
  bnoor@wsgr.com,rlustan@wsgr.com

- **Sylvia Sum**
  SSum@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Elizabeth K Tripodi**
  ekt@ftllaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Jason de Bretteville**
  debrettevillej@sullcrom.com,mccauleyr@sullcrom.com,s&cmanagingclerk@sullcrom.com,hogbergs@sullcrom.com,thornj@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Sam Brott
550 West C Street
San Diego, CA 92101

Paul T. Curley
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016

Boris Feldman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

S. A. Siddiqui
Siddiqui Legal Enterprise
P.O. Box 442067
Jacksonville, FL